CO-180 (Rev. 3/93)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Shalome M. Odokara | DOCKET NO: 06-045  MAGIS. NO: <br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| DOB:          PDID: | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
Theft Concerning Programs Receiving Federal Funds
Conspiracy to Commit Money Laundering
Money Laundering
Aiding, Abetting and Causing an Act to be Done
Criminal Forfeiture

QUASHED

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371, 666, 1956(h), 1956, 2, 2461(c) and 981 (a)(1)(C) and 982 (a)(1)(A)

QUASHED

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: ALAN KAY <br> U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY <br> U.S. MAGISTRATE JUDGE | DATE ISSUED: <br> FEB 16 2006 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> FEB 16 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |