UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO.: 06-045 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **SHALOME M. ODOKARA** | : | |
| | : | |
| Defendants. | : | |

## ORDER

FOR GOOD CAUSE SHOWN, the Government's Unopposed Motion to Exclude Time Under the Speedy Trial Act ("the Act") is hereby GRANTED. The Court finds, having considered the factors set forth at Title 18, United States Code, Sections 3161(h)(8)(A) & (B)(iv), that the grounds for exclusion of time would serve the ends of justice and would outweigh the interests of the parties and the public in a trial within the time limits of the Act.

The Court adopts the factual representations set forth in the government's unopposed motion. The Court would find that it would be unreasonable for trial to proceed under the strict dictates of the Act because adequate preparation for trial and pre-trial litigation could not occur in this co-defendant case. The Court finds that the discovery involves voluminous bank records, that the motions hearings require additional time for effective presentation, that the parties need time to discuss a possible resolution of the case short of trial both before and after motions, and that the search for the co-defendant – whose presence is important to both parties – needs additional time and would result in saving the public needless expense. Therefore, pursuant to Sections 3161(h)(8)(A)

& (B)(iv), the Court finds that the interests of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial within the meaning of the Act and the Court excludes the time between the May 31, 2006, Status Hearing and the November 28, 2006, trial date.


DATED: _____        _____
                        THE HONORABLE EMMET G. SULLIVAN
                        UNITED STATES DISTRICT JUDGE