UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **SHALOME M. ODOKARA,** | : | CR. NO.: 06-045 (EGS) |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT AND DEFENDANT JOINT MOTION TO CONTINUE
THE PRE-TRIAL MOTIONS CALENDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shalome Odokara, hereby submit this motion to continue the pre-trial motions calender. In support of this motion the government and defendant state as follows:

The government and defendant were scheduled to meet July 6, 2006, to discuss a disposition. The defendant, who lives in Maine, had to reschedule due to work commitments. The next available date that works for the parties is August 8, 2006. At the Status Hearing on May 31, 2006, the Court set a motions calender and trial date with the consent of both parties. The dates set by the Court were as follows: July 15, 2006, for motions; August 15, 2006, for responses; August 31, 2006, for replies; October 3rd for Motion Hearings; and November 28th for trial. In order to allow the parties to explore further resolving the case by disposition, the parties respectfully move the Court to continue the filing

dates as follows: August 15, 2006, for motions, August 31, 2006, for responses and September 15, 2006 for replies.  The parties do not propose changing the motion hearing or trial dates.

                                Respectfully submitted,

                                KENNETH L. WAINSTEIN.
                                ATTORNEY OF THE UNITED STATES
                                IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
       JOHN CARLIN
       ASSISTANT UNITED STATES ATTORNEY

DATED: _____

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the attached Government and Defendant Joint Motion to Continue the Pre-Trial Motions Calender was served via facsimile to defense counsel:

Jonathan Jeffress, Esq.
Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
202-208-7500

_____
ASSISTANT UNITED STATES ATTORNEY