UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| SHALOME M. ODOKARA : | CR. NO.: 06-045 (EGS) |
| : | |
| Defendants. : | |

**ORDER**

FOR GOOD CAUSE SHOWN, the Government and Defendant Joint Motion to Continue the Pre-Trial Motions Calender is hereby GRANTED. The Court finds that in order to allow the parties to explore a disposition short of trial, that the motions filing dates will be continued and the new filing dates will be as follows: August 15, 2006, for motions; August 31, 2006, for responses; and September 15, 2006 for replies.

DATED: _____          _____
                          THE HONORABLE EMMET G. SULLIVAN
                          UNITED STATES DISTRICT JUDGE