UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-045 (EGS) |
| ) | |
| SHALOME ODOKARA, ) | |
|      et al. ) | |
|      Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Defendant Shalome Odokara, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Ms. Odokara from Portland, Maine, to the next court date, her Rule 11 plea hearing, which is scheduled for **September 28, 2006 at 12:30p**, and to return her home after the hearing.

Ms. Odokara is represented by court-appointed counsel. She was arraigned on June 1, 2006 and released on her personal recognizance. Following her release, Ms. Odokara has resided in Portland, Maine on her personal recognizance.

Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Ms. Odokara respectfully requests that the Court enter the attached unopposed Order directing the marshal to make appropriate arrangements to facilitate her appearance in court for the plea hearing on September 28 and her return to Maine after her Court appearance.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
JONATHAN S. JEFFRESS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-045 (EGS) |
| | ) | |
| **SHALOME ODOKARA,** | ) | |
|    et al. | ) | |
|    **Defendants.** | ) | |
| | ) | |

### ORDER

Good cause having been shown, it is this _____ day of September, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the plea hearing scheduled for September 28, 2006.

BY THE COURT:

_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge

Copies to:

John Carlin, Esquire

Jonathan Jeffress, Esquire

United States Marshal's Service