UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 1 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | )
**UNITED STATES OF AMERICA,** | )
| )
v. | )  Criminal No. 06-45 (EGS)
| )
**SHALOME ODOKARA,** | )
           **et al.** | )
           **Defendants.** | )
| )

## ORDER

Good cause having been shown, it is this 12th day of September, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the plea hearing scheduled for September 28, 2006.

BY THE COURT:

_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge

Copies to:

John Carlin, Esquire

Jonathan Jeffress, Esquire

United States Marshal's Service