UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHALOME ODOKARA,<br>      et al.<br>      Defendants. | Criminal No. 06-45 (EGS)<br><br>**FILED**<br>SEP 1 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## AMENDED ORDER

Good cause having been shown, it is this 13th day of September, 2006, **ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the plea hearing scheduled for September 28, 2006.

BY THE COURT:

_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge