**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
          Plaintiff,

                                        Criminal No. 06-45-2 (EGS)

SHALOME M. ODOKARA
          Defendant

## WAIVER OF INDICTMENT

I, SHALOME M. ODOKARA the above named defendant,

who is accused of ___18 U.S.C. § 371_____

_____

being advised of the nature of the charge(s), the proposed

information, and of my rights, hereby waive in open court on

___9/29/06_____ prosecution by indictment and

consent that the proceeding may be by information rather than

by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
          Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment