FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-45 (EGS) |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| SHALOME ODOKARA, | : | |
| | : | 18 U.S.C. § 371 (Conspiracy) |
| Defendant. | : | 18 U.S.C. § 2 (Causing an Act to be Done) |
| | : | 31 U.S.C. § 5317(c)(1)(A) |
| | : | (Criminal Forfeiture) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant Shalom Odokara agrees and stipulates that the following facts are true:

The World Bank Group ("WBG") was an international organization, owned and/or financed by over 180 member countries, whose mission was to fight poverty and improve the living standards of people in the developing world. The WBG was located at 1818 H Street, N.W., Washington, D.C. The WBG included five organizations, including the International Bank for Reconstruction and Development ("the Bank").

The Bank appointed consultants for a fixed period of time to provide work on specified assignments. Consultants were paid according to the terms of their letters of appointment, usually on a bi-monthly basis.

Shalom Odokara intermittently worked at the Bank as a consultant from May 1999 through August 2001. As a consultant, Ms. Odokara either assisted in, or was responsible for, the design, development and coordination of learning events and/or workshops for the Bank. Ms. Odokara had short-term contracts with the bank in the following periods: May 3, 1999 to June 30, 1999; August 2, 1999 to September 17, 1999; November 11, 1999 to January 31, 2000; February 8, 2000 to

February 22, 2000; March 16, 2000 to March 24, 2000; May 30, 2000 to June 14, 2000; June 29, 2000 to March 23, 2001; and August 29, 2001. Ms. Odokara received full and timely compensation in the amount of $88,330 in consultancy fees for her contractual work at the Bank.

Pursuant to the Bank's ordinary protocol for paying Bank vendors, Ms. Odokara submitted a vendor invoice to the Bank. An Accounting Assistant processed the voucher for payment, in part, by examining the vendor's bank and routing number in the Bank software which the Bank used to process its accounts payables. Thereafter, the Bank wired full payment on the invoice into Ms. Odokara's personal account at the Bank-Fund Staff Federal Credit Union ("BFSCU"). The BFSCU was located in Washington, D.C. and served the private banking needs of staff members of the Bank and of the International Monetary Fund.

In the Spring of 2000, Ms. Odokara befriended Ms. Aissatou Koundoul. Ms. Koundoul worked as an Accounting Assistant in the Bank's Accounting Department. Ms. Koundoul's job responsibilities at the Bank included: (i) reviewing, processing and executing accounting transactions related to the business of the Bank's Accounting Department; and (ii) consulting with clients both inside and outside the bank to effect payments and resolve accounting related issues.

In the Spring of 2001, Ms. Koundoul asked Ms. Odokara to receive deposits from an account at the World Bank in Ms. Odokara's bank account. Ms. Koundoul told Ms. Odokara that the funds in fact came from a business run by Ms. Koundoul's husband that generated significant amounts of revenue in cash currency. Ms. Koundoul further stated that she and her husband were attempting to bring the currency into the United States without triggering currency transaction reporting requirements regarding deposits in sums over $10,000. Ms. Odokara agreed to receive the Bank's money knowing of the currency transaction reporting requirement and believing that her involvement

2

and the use of her bank account allowed Ms. Koundoul to evade the currency reporting requirements as set forth at Title 31 U.S.C. 5313(1) and its implementing regulations.

Between March 27, 2001 and July 9, 2001, nine money wires were sent from the Bank into Ms. Odokara's personal account at the BFSCU. The nine disbursements into Ms. Odokara's account totaled $108,666.24. Ms. Odokara knew that she was not entitled to any of the proceeds from the nine money wires for work she had done for the World Bank. Ms. Odokara believed that the money was placed into her account so that Ms. Koundoul and her husband could avoid currency reporting requirements associated with the cash revenue earned by Ms. Koundoul's husband's business. In fact, the money had been stolen from the World Bank.

Shortly after receiving several of the individual money wires, Ms. Odokara authorized six electronic transfers to Ms. Koundoul's BFSFCU account. In addition, Ms. Odokara gave two personal checks, a cashier's check, and cash to Ms. Koundoul. The total amount of money from the money wires, personal checks and cashier's check was $41,513.

The following table summarizes the Bank funds wired to Ms. Odokara's BFSCU account and subsequently paid by wire, personal check, and cashier's check from Ms. Odokara to Ms. Koundoul:

| Date | From | To | via | Beneficiary Bank | Amount |
|---|---|---|---|---|---|
| March 28, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $14,875 |
| March 28, 2001 | Ms. Odokara | Ms. Koundoul | check | BFSFCU | $7,400 |
| April 2, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $5,000 |
| April 4, 2001 | Ms. Odokara | Ms. Koundoul | check | Chevy Chase | $2,500 |
| April 10, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $7,761 |
| April 11, 2001 | Ms. Odokara | Ms. Koundoul | cashier's check | Chevy Chase | $3,500 |

| April 24, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $9,495 |
| --- | --- | --- | --- | --- | --- |
| April 24, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $4,600 |
| May 24, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $10,000 |
| May 24, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $3,000 |
| June 11, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $20,459.24 |
| June 11, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $5,000 |
| June 11, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $2,513 |
| June 22, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $8,858 |
| June 27, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $12,000 |
| June 27, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $6,000 |
| July 9, 2001 | the Bank | Ms. Odokara | money wire | BFSFCU | $21,218 |
| July 9, 2001 | Ms. Odokara | Ms. Koundoul | money wire | BFSFCU | $7,000 |

Ms. Odokara does not dispute that the government can establish beyond a reasonable doubt that the Bank received over a billion dollars in assistance from the United States government from July 1, 2000 to June 30, 2001.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
JOHN CARLIN
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 5235
Washington, D.C. 20530
(202) 353-2457

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Jonathan Jeffress, I agree and stipulate to this Statement of Offense.

Date: 9/25/06

_____
Shalom Odokara
Defendant

I have discussed this Statement of Offense with my client, Shalom Odokara. I concur with her decision to stipulate to this Statement of Offense.

Date: 9/28/06

_____
Jonathan Jeffress
Attorney for the Defendant