UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-0045 (EGS) |
| | : | |
| v. | : | |
| | : | |
| SHALOME ODOKARA, et al. | : | |
| | : | |
| Defendants. | | |

NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant

United States Attorney Tejpal S. Chawla, at telephone number (202) 353-2442, and/or email address

Tejpal.Chawla@usdoj.gov.  Tejpal S. Chawla will substitute for Assistant United States Attorney

John P. Carlin.  This is the notice of appearance for Assistant United States Attorney Tejpal S.

Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Tejpal S. Chawla
Assistant United States Attorney
Bar No. 464012
555 4th Street, N.W., Room 5840
Washington, DC 20530
(202) 353-2442

CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the foregoing notice has been sent by ECF filing to counsel
for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Ave., N.W. Suite 550,
Washington, D.C. this 22nd day of December, 2006.

_____/s/_____
Tejpal S. Chawla
Assistant United States Attorney