**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                          Criminal No. 06-45

SHALOME OKOKARA
    Defendant.

**<u>ORDER</u>**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than MARCH 2, 2006; defendant's memorandum lf law, if any shall be filed by no later than MARCH 9, 2007; the Government's memorandum of law, if any shall be filed by no later than MARCH 16, 2007, a reply, if any shall be filed by no later than MARCH 23, 2007; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on MARCH 30, 2007 at 11:30 A.M.

    IT IS SO ORDERED.

    DATE: JANUARY 17, 2007      EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE