IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 06-045 (EGS) |
| SHALOME ODOKARA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT SHALOME ODOKARA'S UNOPPOSED**
**MOTION TO CONTINUE SENTENCING DATE**

Defendant, Shalome Odoara, through undersigned counsel, respectfully moves the Court to vacate the current sentencing date in the above-captioned case of March 30, 2007 at 11:30 a.m. and continue the matter. As grounds for this motion, defense counsel respectfully submits:

1. The sentencing in this matter is currently scheduled for Friday, March 30, 2007 at 11:30 a.m.

2. As the Court is aware, Ms. Odokara is the director of Women In Need, a non-profit organization based in Portland, Maine which provides assistance to victims of domestic violence. Ms. Odokara is prominent in advocating on behalf of victims of domestic violence, both in Maine and nationally. Ms. Odokara is scheduled to speak and present a paper on the date her sentencing is scheduled for (March 30) in Philadelphia (defense counsel unfortunately was not aware of this commitment when her sentencing was originally scheduled). Furthermore, Ms. Odokara is currently in the process of opening a factory in Auburn, Maine that will employ women victims of domestic violence, in an effort to allow them to become economically independent. This process is particularly busy at this moment. Finally, Ms. Odokara's only son is currently studying to take the SAT and his Advanced Placement tests and Ms. Odokara seeks to remain with him during this

time.

    3.    Based on these activities, the government is not opposing a continuance of the sentencing. Both the defense and the government are available in mid-April, specifically the week of April 16th. If the Court seeks to schedule the sentencing after that, counsel are available in June. Ms. Odokara hereby waives any right to a speedy sentencing.

WHEREFORE, defendant respectfully request that the Court vacate the sentencing date currently set down for Friday, March 30, 2007 and continue the sentencing.

                Respectfully submitted,

                A.J. KRAMER
                Federal Public Defender

                _____/s/_____
                Jonathan S. Jeffress
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W., Ste 550
                Washington, D.C. 20004
                (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 06-045 (EGS) |
| SHALOME ODOKARA ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to vacate the sentencing date, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in this matter scheduled for March 30, 2007 at 11:30 a.m. is **VACATED**; the sentencing will now take place _____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA