IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)  Cr. No. 06-045 (EGS)<br>SHALOME ODOKARA )<br>)<br>Defendant. )<br>) | |

**DEFENDANT SHALOME ODOKARA'S SECOND
UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Defendant, Shalome Odoara, through undersigned counsel, respectfully moves the Court to vacate the current sentencing date in the above-captioned case of June 24, 2007 at 12:30 p.m. and continue the matter. As grounds for this motion, defense counsel respectfully submits:

1. The sentencing in this matter is currently scheduled for June 24, 2007 at 12:30 p.m.

2. As the Court is aware, Ms. Odokara is the director of Women In Need, a non-profit organization based in Portland, Maine, which provides assistance to victims of domestic violence. Ms. Odokara is prominent in advocating on behalf of victims of domestic violence, both in Maine and nationally. Every year, Women In Need organizes a festival in Portland, Maine (the "Festival of Nations"), which brings together diverse groups from all over the state to discuss, inter alia, issues of domestic violence. The festival requires extensive preparation on Ms. Odokara's part. The festival this year is scheduled for July 28, 2007.

3. Based on the above, the government is not opposing a continuance of the sentencing. Both the defense and the government prefer that the matter be continued until the first several weeks of September 2007. Ms. Odokara hereby waives any right to a speedy sentencing.

WHEREFORE, defendant respectfully request that the Court vacate the sentencing date currently set down for July 24, 2007 and continue the sentencing.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>vs.  )<br>)   Cr. No. 06-045 (EGS)<br>**SHALOME ODOKARA**  )<br>)<br>**Defendant.**  )<br>) | |

### ORDER

Upon consideration of the defendant's unopposed motion to vacate the sentencing date, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in this matter scheduled for July 24, 2007 at 12:30 p.m. is **VACATED**; the sentencing will now take place _____, 2007 at _____am/pm.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA