**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>06-CR-045</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| **ODOKARA, Shalome** | : | Disclosure Date: <u>February 23, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
Prosecuting Attorney            Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 10/4/07        _____ 3/8/07
Defendant        Date                Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 09, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
        United States Probation Officer

**Receipt and Acknowledgment**  Page 2

_Please see the attached letter. Thanks._

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 3/8/07

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 8, 2007

**BY FACSIMILE**

Kelly Kramer-Soares
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

> Re: **United States v. Shalome Odokara**
> **Criminal Number 06-045 (EGS)**

Dear Officer Kramer-Soares:

Below please find the Defendant's Objections and Comments to the Presentence Report prepared in the above-referenced case.

**Objections and Comments**

1. Pages 1 and 3 (paragraph 1) should be amended to reflect that the conspiracy in this case was a conspiracy to structure transactions to evade currency reporting requirements.

2. Paragraph 17 should be clarified. In terms of the overall conduct in this case, Ms. Koundoul is far more culpable than Ms. Odokara. Ms. Koundoul was stealing money from the World Bank. Ms. Odokara, by contrast, is guilty only of assisting Ms. Koundoul in evading currency reporting requirements for what Ms. Odokara believed to be money earned legitimately by Ms. Koundoul's husband. Ms. Odokara did not know that the money provided to her by Ms. Koundoul was stolen from the World Bank. Thus, in the overall scheme of things, Ms. Koundoul and Ms. Odokara are not "equally culpable."

3. With respect to paragraph 34, we understand that this offense also involved Ms. Odokara's boyfriend at the time, and that she was carrying these drugs at his behest. Please check the records you have concerning this conviction and see if there is any mention of his role in this offense, and/or that Ms. Odokara was undertaking these actions at his direction.

4. With respect to paragraph 48, we will certainly have Ms. Odokara execute any releases you require of her. Please let us know and then remove this paragraph upon receipt of the releases and authorizations.