# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-00045 (EGS) |
| : | |
| SHALOME ODOKARA, : | |
| : | Sentencing Date: December 7, 2007 |
| Defendant. : | |
| : | |

### GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this supplemental memorandum in aid of sentencing. The United States provides this additional information pursuant to this Court's inquiries at the initial sentencing date on October 4, 2007.

**I.   BACKGROUND**

On September 28, 2006, defendant Odokara pled guilty to a one-count felony information which charged the defendant with Conspiracy to Structure Transactions to Evade Currency Reporting Requirement in connection with a scheme to defraud the World Bank with her co-defendant, Aissatou Koundoul. During the hearing on October 4, 2007, the Court: (1) requested additional information about Ms. Odokara and her organization (Women in Need); (2) inquired whether Ms. Koundoul had the resources to pay a fine and restitution, and (3) inquired as to whether the World Bank had been compensated for its loss. At the hearing, neither Probation or the Government provided additional information on Ms. Odokara or her organization. As to the issue of Ms. Koundoul's financial status, Probation provided a financial condition assessment in its pre-sentence report on pages 13 and 14, and reported that Ms. Odokara stated that, as of approximately February, 2007, she owned no real property, had no equity or ownership interest

in any property, and had a negative monthly cash flow.  As to the last issue, the Government reported to the Court that it was unaware of any payments made by Ms. Koundoul or Ms. Okokara in restitution to the World Bank, and that it was likely that an insurer of the World Bank insured the cost of the stolen assets.

**II.     ADDITIONAL INFORMATION**

      A.     Ms. Odokara, Women in Need Industries, and Odokara's Financial Ability to Pay Restitution

At the Court's last hearing, Ms. Odokara's counsel provided additional information to the Court and the Government about her organization, including an article printed in "Mainebiz" on November 14, 2005 (Attachment 1).  After the hearing, the Government reviewed the material provided by defense counsel and obtained additional information about Ms. Odokara from publicly available sources.  One of the articles obtained by the Government was an article about Ms. Odokara and her organization in the Spring 2007 quarterly newsletter of Main Development Foundation entitled "The Catalyst" (Attachment 2).  After reviewing these materials the Government believes that Ms. Odokara may have additional financial resources to pay restitution and/or the information about her financial status in the pre-sentence report may be inaccurate.

As discussed above, Ms. Odokara claimed at the Court's last hearing to have no assets and no means, or limited means, to pay restitution or a fine.  However, in the article in "The Catalyst," it was reported in Spring 2007 that Ms. Odokara "has leased space in Auborn [Maine] for the factory, and <u>invested her own savings in land where the day care center will be constructed</u>."  See Attachment 2 at p. 4 (emphasis added).  A search of Auburn, Maine property records confirms that Ms. Odokara's company (Women in Need Industries, Inc.) owns two parcels of land in Auburn that were purchased on 11/30/2005 for $180,000: a home and land at

146 Manley Road (assessed at $121,700) and adjoining acres of land on Manley Road (assessed at $31,400).  See Attachment 3, Unofficial Property Record Cards from Auborn, Maine.  Ms. Odokara did not declare any interest in these properties to Probation in February 2007, and the Government requests that she clarify her ownership interest in these properties at the next sentencing hearing.

Additionally, there appears to be inconsistencies relating to Ms. Odokara's salary as the Executive Director of Women in Need Industries.  In the pre-sentence report, Ms. Odokara claimed only to receive $800 a month in net salary as Executive Director of Women in Need Industries.  See ¶ 53 of the Pre-sentence Report.  If accurate, this would result in a yearly net salary of only $12,000.  In contrast, Ms. Odokara also told Probation that she paid herself a $32,000 annual salary.  See id. at ¶ 49.  Insofar as Ms. Odokara claimed in the November 14, 2005 article presented by counsel ("Mainebiz" article), that her company had an operating budget of "at least $400,000" and a staff of 3 employees and eight consultants, see Attachment 1 at 1 (emphasis added), it appears likely that her actual net salary would be higher than $12,000 a year.[1]  Given this inconsistency, the Government requests that Ms. Odokara clarify her yearly salary at the next sentencing date.

B.   World Bank

Following the last hearing, the Government contacted the World Bank to confirm whether the World Bank had received any payments or insurance off-sets in this case.  Mr. Howard Dean, Senior Counsel for Operational Policy, Legal Vice Presidency for the World

---

[1] The Federal Government's poverty level for a family of two for 2007 is $13,690. See 72 Fed. Reg. 3147-48 (Jan. 24, 2007)

3

Bank, investigated the matter and informed me that no insurance payments or reimbursement off-sets have been received by the Bank to compensate it for the loss suffered in this case. Mr. Dean also informed me that no insurance claim or reimbursement requests have been made by the World Bank or the Bank Fund Staff Credit Union, which is the World Bank owned-credit union where Ms. Odokara had an account and received the fraudulent payments from Ms. Koundoul. According to Mr. Dean, the World Bank has not received any reimbursement for $108,666.24 in losses that were attributable to Ms. Koundoul and Ms. Odokara.

### III. CONCLUSION

For the reasons stated herein, and previously stated at the last hearing, the United States respectfully asks that Ms. Odokara be sentenced to a split-sentence in Zone C, and ordered to pay restitution to the World Bank in the amount of $108,666.24, and criminal forfeiture in the form of a money judgment in the amount of $108,666.24.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar # 464012
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2442

CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the foregoing has been sent by ECF filing to counsel for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Ave., N.W. Suite 550, Washington, D.C. this 30th day of November, 2007.

_____/s/_____

Tejpal S. Chawla

ASSISTANT UNITED STATES ATTORNEY