Attachment 2

EMPOWERING Leaders
STRENGTHENING Communities
GUIDING Public Policy

# THE Catalyst

Newsletter of the Maine Development Foundation

Spring 2007

## On the road with Maine lawmakers: Economic tours seen as huge success

*By Cheryl Miller, Senior Program Officer*

*"The ability to visit industrial sites, educational centers, Indian reservations, labs...and talk to the people who work there was invaluable...priceless!"*

*"It was a great overview of the economy and needs of Northern Maine and Downeast. For a 'Southerner' it was a valuable education."*

In the bitter cold of mid-January, legislators from all 16 counties, both freshman and veteran lawmakers, covered nearly 1,300 miles of Maine's highways and byways, stopping in such locations as Berwick, Bar Harbor, Calais, Ashland, Skowhegan, and Auburn -- and many places in between. In what was described in the newspapers as being a "Policy Boot Camp", the

continued on page 6



*The Northeast legislative tour takes a stop at the Linneus Sno-Sports Club.*



*Reps. Ed Finch and Mark Bryant take a look at biodiesel fuel produced in Houlton from soy and canola oil.*



### Inside

| | |
|---|---|
| R&D transforming Maine ........................2 | Health care: key policy concern ..............7 |
| Rough roads take enormous toll ..............3 | Saco revival taking hold ..........................8 |
| Leadership in action: Shalom Odokara ....4 | Realizing success: Hannah Pingree ......10 |

Maine Development Foundation ■ 45 Memorial Circle, Suite 302
Augusta 04330 ■ 622-6345 ■ www.mdf.org

— Empowering ■ Strengthening ■ Guiding

# *thinking*

## Teeth, tents and the love life of urchins

Laurie Lachance



*Too frequently, we're bombarded with messages about all that is wrong with Maine's economy. "Just Imagine" will look at stories of Maine's innovative businesses and positive economic trends that can help inspire hope in our common future.*

What do teeth, tents and the love life of sea urchins have in common? All three benefit from innovative research and product development at our own University of Maine labs. When 75 legislators boarded buses for Day 1 of the Northern and Eastern Maine economic tour, little did they know they would be awed and inspired to learn how their investment in R&D spurred creation of new products. These are innovations that save lives, species, and yes, even teeth, and are used in products around the world.

Most folks know the Pine Tree state is covered in, well, trees (90%), and that forest products are a critical underpinning of our economic base. What many may not realize, however, is that wood can be used for much more than paper and lumber. Researchers at the University of Maine's Advanced Engineered Wood Composites (AEWC) Center, under the leadership of Habib Dagher, have found a myriad of ways to take Maine's knowledge of wood fiber and put it to new, innovative uses, providing tremendous economic opportunities.

Here are just a few examples of R&D going on in Maine today:

**Challenge:** Navy Seals currently use an aluminum-hulled boat that provides a jarring ride – so jarring that Seals suffer serious back, neck and dental problems.

**Solution:** UMaine researchers worked with Maine boatbuilding experts to design an advanced composite hull to absorb the pounding. A new spin-off company, Maine Marine Manufacturing, working in partnership with Hodgdon Yacht and AEWC, is building a prototype for the Office of Naval Research.

**Challenge:** Army soldiers serving in Iraq typically wear bulletproof clothing and helmets when working. When relaxing in their tents they have no protection.

**Solution:** Researchers at the AEWC have developed lightweight, modular tent inserts to "up-armor" tents. The inserts can be easily installed, can't be seen from outside, and protect our soldiers.

**Challenge:** Hurricane Katrina and other natural disasters have wreaked havoc on homes and destroyed thousands of lives.

**Solution:** AEWC engineers have designed advanced composite panels for disaster-resistant housing that are 2-3 times stronger than traditional materials and sustain winds of up to 180 mph.

In addition to the work of the AEWC, UMaine researcher Hemant Pendse is working with Maine's agricultural and forestry sectors to develop biofuels.



Given Maine's vast supply of woody and agricultural biomass, such alternative fuels hold great promise.

Finally, legislators were treated to a testimonial from 23 year-old graduate student, Nicole Kirchhoff, who said she moved from Florida to Maine to be a part of cutting-edge aquaculture research. Her work at the Center for Cooperative Aquaculture Research in Franklin with researcher Nick Brown and Friendship International involves finding ways to rebuild sea urchin stocks through hatchery production, land-based nurseries and seeding of lease sites in the Gulf of Maine. Nicole absolutely fascinated those on the tour by describing how she convinced sea urchins to spawn at a different time of year so the baby urchins could be adequately protected with releases timed to increase their chances of survival. Nicole and Nick's research has been so successful that she convinced one set of urchins to spawn at a completely different time, and wooed others to spawn year-round. Who would have ever imagined that in Maine!

And just imagine all of the potential industries and opportunities, steeped in our heritage, strengthened by our great knowledge and natural resource base, and catalyzed by our innovative research, that can re-energize and propel Maine's economy for years to come.

*Nicole Kirchhoff moved from Florida to Maine to pursue cutting-edge aquaculture research.*

2

# MEASURES In Focus:
## Transportation flagged for investment

*The Measures of Growth report gives an annual look at indicators of Maine's economic health. This quarterly newsletter provides updates on key measures.*

The Maine Economic Growth Council believes that a strong transportation system is critical for Maine's economic development and has added a transportation infrastructure indicator to its 2007 report. The Roadway Deficiency Index (see graph) is a composite measure of poor pavement conditions, structurally deficient bridges, and roads with lanes narrower than 10 feet -- those that have not been rebuilt to modern standards.

As the graph shows, Maine's roadways are in considerably worse condition than the rest of New England. The graph also illustrates that poor pavement has become more pronounced recently. Substandard pavement results in higher operating costs for vehicles, increased crash rates and, ultimately, higher construction costs to return roads to good condition. Because of this, the Growth Council has given a red flag – alerting policymakers that Maine's roadways need investment.

Let's look at the facts:

- 49,000 of Maine workers (8% of all workers) are employed in trucking or in the construction and maintenance of roadways; the sector accounts for 6.5% of all wages.

- Over three quarters of a billion dollars in state and local taxes annually are derived from transportation.

- Transportation-related jobs have an employment multiplier of two. Every $1 million of spending supports 31 jobs.

- Transportation is the second largest expenditure made by households, second only to housing, with the average family spending 20% of income -- about $10,500 annually.

- Maine is more dependent on roads and bridges than most states; 85% of Maine's freight moves by road along with 95% of passengers. It's the third most rural state.

- Roughly 200 people die in car accidents each year in Maine. With one-third of accidents related to road conditions, Maine could potentially prevent $360 million in economic loss and save up to 65 lives with appropriate investment.

- Those over the age of 65 hold 5% of driver's licenses but are involved in 15% of fatal crashes. By 2025, it's expected that 1 in 5 Mainers will be over 65.

- While Maine and New Hampshire have the same population, Maine has 1.5 times the road mileage -- 22,748 vs. 15,627.

- Since 1960, Maine's population living outside service centers has grown from 37% to 52%, and the average Mainer commutes roughly 44 minutes a day.

- Maine has 918 licensed drivers for every 1000 people of driving age (16th highest) and has one registered vehicle per driver.

- 31% of Maine's major roads are in poor or mediocre condition. The cost of bad roads includes vehicle depreciation, extra repairs, lower gas mileage and increased tire wear -- $282 per motorist annually, or $263 million statewide.

- Poor road design is a factor in one-third of all crashes. The cost of crashes during 2005 was estimated at $1.1 billion.

- A one-hour unscheduled delay for a commercial trucker costs $350.

- Delays can be deadly. If a paramedic cannot administer defibrillation within six minutes of a heart attack, brain damage and death can result. Firefighters must reach and contain a fire within 20 minutes to limit structural damage.

- In 2004, Maine posted weight restrictions on 1,854 miles of state roads (22% of total) shutting down key industries and dramatically decreasing productivity.

- Investment in roads and highways provides a 5.4 to 1 return. Every $100 million spent on improvements results in $540 million in benefits from improved safety, reduced delays, and lower operating costs.

- In a 2004 National Corporate Survey of 24 site location factors, access to transportation was second only to labor costs in importance, ranking higher than taxes or energy costs.



Roadway Deficiency Index
- New England Index
- Maine Index
- Narrow Lanes
- Structurally Deficient Bridges
- Poor Pavement

*Empowering ■ Strengthening ■ Guiding*

# Leadership Maine: Giving voice to dreams, vision



*Shalom Odokara*

Shalom Odokara is a member of the Lambda Class of Leadership Maine. She arrived in Maine in 2002 and hasn't stopped making things happen since. Shalom describes herself as a dreamer, a visionary. When I asked her about her experience in Leadership Maine she smiled, and gently replied, "Leadership Maine was one of the turning points in my life. It gave voice to my dreams, my vision."

Shalom is one of six children born to Elijah and Comfort Odokara, Nigerian educators who helped build a university in their native country. She is executive director of Women In Need, an organization she began in Washington, D.C., in 1997. Through her work she carries on her parents' legacy by not only helping women who find themselves homeless or victims of domestic violence, but by also empowering those women to help themselves.

Shalom advocates for women in almost every possible way. Her organization builds relationships throughout Lewiston, Auburn and Portland. Women call the organization and it helps them find housing, work, and helps them start businesses, learn English, or buy a house. Through her relationships in Leadership Maine, Women In Need Industries secured a grant from the Maine Health Access Foundation to help immigrant and refugee women in Southern Maine get high-quality reproductive health care.

Shalom Odokara gave voice to her vision during the opening retreat of her Leadership Maine class in 2003. She spoke about a social enterprise - a business complex that would include a factory where women could work and earn a living wage, a bank, a day care facility, and a health clinic. Her vision combined her passion for helping women with the discipline, innovation, and determination of a for-profit business.

Now that vision is becoming reality. The factory will be called Many Hands, and will be a for-profit spice factory catering to high-end customers. She has leased space in Auburn for the factory, and invested her own savings in land where the day care center will be constructed in order for her vision to be accomplished it will take working and partnering with many people and organizations. Her name best describes her; Shalom in Hebrew means "peace." In Nigerian, Odokara means "like a lion". As our time together came to a close, Shalom gave these parting words, "To sit down and talk about how we can help is a Western luxury. Sometimes you have to just make it happen."

Shalom personifies leadership in action. She is filled with passion, determination and understands that in order for her vision to be accomplished it will take working and partnering with many people and organizations. Shalom in Hebrew means "peace." In Nigerian, Odokara means "like a lion". As our time together came to a close, Shalom gave these parting words, "To sit down and talk about how we can help is a Western luxury. Sometimes you have to just make it happen."

Shalom personifies leadership in action... a place for children to learn to dream, and a place where they can experience the true beauty of Maine.

The day care center is planned for 200 children, and will be built on "green" principles. It will be a place for children to learn to dream, and a place where they can experience the true beauty of Maine.

She is working with many partners to create an effective team to ensure the sustainability of this social enterprise, including several other Leadership Maine alumni, such as Ann Craigs (Gamma), executive Director of the YWCA in Lewiston, and Candace Sanborn (Lambda), managing partner of Encompass Marketing.

She envisions similar enterprises in other parts of Maine, and throughout Northern New England.

4

visit us at:
www.mdf.org

Empowering ■ Strengthening ■ Guiding

# 2007 Measures of Growth seen as wake up call

Release of the Maine Economic Growth Council's 2007 *Measures of Growth in Focus* report on February 28 created wide attention in the news media, as well as a renewed focus at the State House on the state's economic strengths and weaknesses. During preparation of the annual report, staffed by MDF, the Growth Council awarded two "gold stars" for improved performance, and five "red flags" indicating economic trouble spots.

Gov. John Baldacci said the report buttressed his calls for tax reform legislation and an overhaul of K-12 education. "I'm not happy," he said. "I take this report as another signal we've got to make changes. If there's anybody in this building who wants to keep doing things and funding things as they are, they ought to take this report as a wake up call."

The report shows that Maine has experienced little economic growth, with personal income growing slowly yet slipping to 37th nationally. Gross Domestic Product growth has also slowed; job growth has stalled; and more workers are holding multiple jobs – indicating that some jobs may not be paying enough.

Behind these measures of prosperity are indicators of the state's performance in the new economy. After a strong showing in research and development expenditures last year, the Maine Economic Growth Council gave R&D investment a red flag. This measure—a key indicator of the steps Maine is taking toward a knowledge-based and innovation-driven economy—has moved away from the benchmark. Transportation infrastructure, a new indicator, received the dreaded red mark because the condition of our roadways has deteriorated significantly. Finally, the Growth Council drew attention to burdensome costs of health care and the tax burden in Maine, as both act as deterrents to doing business.

On the bright side, Maine is performing exceptionally well in two areas: health insurance coverage and sustainable forestlands. The Council has awarded a gold star to each.

Other highlights in this year's report include a bounce-back year for international exports; continued expansion of high-speed internet subscribers; a decrease in poverty, and continued decreases in death rates from chronic diseases.

The Growth Council believes that a skilled and educated workforce, technological innovation, and a sound cost structure are the keys to success in the new economy. Its 2007 report shows there is still work to be done to improve these critical underpinnings of Maine's future. For complete report, see: www.mdf.org



*Members of the Maine Economic Growth Council vote to add a red flag for R&D spending while meeting in the Governor's Cabinet room.*

## Coming Events

**April 6,**
Leadership Maine:
Session 7 Xi Class, Bath

**May 17–May 18**
Closing Retreat Xi Class:
Migis Lodge, South Casco

**June 15**
Orientation Omicron Class

**May 31**
MDF board meeting:
12-3pm, Bangor

**June 1**
Maine Downtown Center:
Annual Conference, Houlton

*Continued from page 1*

daily agendas were packed from 6 a.m. to 8 p.m. with visits to paper and lumber mills, state-of-the-art research facilities, Indian reservations, University and Community College campuses and many other public and private-sector venues. Dinner presentations on such topics as health care, tourism, international trade and renewable energy development were provided. Participants reported both an intense learning experience and a lot of fun!

"It is always great to see and hear the many faces and places of Maine. Of equal benefit as a freshman is the chance to meet my fellow legislators."

MDF has run these economic tours for over 25 years. The goal is to introduce legislators to business people around the state and let them see, first-hand, how their public investments in transportation, education and other public systems drive economic development. MDF's belief is that this unique experience grounds and enriches the policymaking process, and comments from participants confirm that these tours provide a greater understanding of the many complex economic issues facing our state.

Perhaps even more important, through the grueling schedule, long hours on the bus, and January weather, fellow travelers formed new relationships — across political parties and chambers.





MDF's Laurie Lachance (left) is joined by Chief Brenda Commander, governor of the Houlton band of Maliseets, former Sen. Mary Cathcart, and Sen. Doug Smith.

More than 75 legislators, the highest attendance in years, packed into two buses for each of the two three-day tours. Of those who filled our evaluations, fully 100% rated the tours as good or excellent, said it met or exceeded their expectations, and recommended that other lawmakers attend future tour, some even suggesting they should be mandatory.

In large part due to our sponsors, planning partners, hosts, and speakers, MDF was able to provide a powerful and unique educational experience that will, we believe, lead to more informed policy-making and help Maine for years to come.

*Special thanks to the numerous sponsors, without whom the tours would not have been possible.*

These ties will serve Maine well in the long hours of the legislative session when communication and cooperation will be essential in crafting the best policies for our great state.

*"I especially appreciate the well-rounded perspective of how many elements/products and economic issues face our extremely large and diversified state."*

With the strong leadership of the Legislative Council, the informed guid-

*At Correct Building Products in Biddeford, composite materials start out in silos before being re-manufactured.*

ance of a legislatively appointed planning team, and the energy and dedication of our partners — the University of Maine and the Maine Community College System — the tours were extremely successful.

— Empowering ■ Strengthening ■ Guiding

## Inaugural health care forum informs lawmakers

In the fourth and final major piece of MDF's Policy Leaders Academy, nearly 100 lawmakers participated January 26 in a Legislative Policy Forum on Health Care. The forum was developed to help legislators prepare for the new session by presenting objective information and a range of perspectives on key health issues. The event was very well received with 83 percent of legislators in attendance rating the forum as "excellent," and 100 percent reporting that it "met or exceeded" their expectations.

*"Hearing about other states' activity in relationship to Maine's realities dispelled some previously presented assumptions on solutions which will help me evaluate health care proposals in a more informed fashion."*

The agenda included three keynote presentations, providing an overview of health care in Maine and the U.S., delivered by Drs. Wendy Wolf of the Maine Health Access Foundation, Karen Davis of the New York-based Commonwealth Fund, and Erik Steele of Eastern Maine Health Systems. Participants also had the opportunity to choose many small group breakout sessions, offered in four separate segments. More than 30 panelists shared their expertise and data on topics ranging from state



*Legislators ask questions at the forum, including (from left), Sen. Karl Turner, Rep. Marilyn Canavan, and Rep. Richard Wagner.*

health reform, changes in Medicaid, and prescription drug access to health and aging insurance market reform, and rural health care.

*"There was a wonderful variety of speakers and programs"*

Experts from the Muskie School of Public Service and the Margaret Chase Smith Policy Center helped organize the forum and wrote issue briefs to inform the breakout sessions and serve as an ongoing resource guide for legislators. (The issue briefs are written in a very short, easy-to-read format and are, along with the presentations, available to all on the MDF website at www.mdf.org.)

*"Excellent information and a very complex day."*



*Wendy Wolf, president of the Maine Health Access Foundation, addresses the Health Care Forum.*

The Maine Health Access Foundation awarded a grant to MDF to support the costs of this forum, and used the venue to inaugurate the Charlene B. Rydell Lectureship. The lectureship is a memorial to Rydell, one of MeHAF's founding Board members and a former state legislator and congressional staffer. Karen Davis, an internationally respected expert in health policy, gave the first Rydell lecture.

Recognizing that health care costs, quality and access touch virtually every aspect of life in Maine, MDF is working closely with the Maine Health Access Foundation to integrate health care into the curriculum of MDF's flagship Leadership Maine. In addition, health care measures represent three of the 23 indicators in the Measures of Growth annual benchmarking report (see www.mdf.org).

**MeHAF**
Maine Health Access Foundation

7

Empowering ■ Strengthening ■ Guiding

# Saco Spirit leads revival of growing downtown

*By Lori Allen, Maine Downtown Center Director*

Exciting plans for the revitalization of Saco Island and its historic mill buildings have put the city of Saco in the news lately. The planned renovations of the mills on the site, some daring to the first decade of the 19th century, will encompass over 250,000 square feet of space and will include office and commercial uses, condominiums, a marina, and parking at a cost of up to $80 million.



*Banners and storefront signs testify to the vitality of Saco's historic downtown*

The downtown is also home to the Saco Museum, established in 1866. The museum's holdings include a set of historic lithographs of downtown Saco that provide detailed views dating from 1875. For more information, visit www.sacomuseum.org.

Saco is one of nine municipalities designated as Certified Local Governments for dealing with downtown preservation and revitalization issues. It has an excellent historic preservation ordinance that established a local historic preservation commission and a formal review process for projects affecting designated historic properties. The Certified Local Government program, administered by the Maine State Historic Preservation Office, was created in the early 1980s. For more information: www.maine.gov/mhpc.

The city and the Saco Museum recently completed an official historic walk down Main Street, complete with National Park-style panels depicting a number of events, people, and buildings important to Saco's history. Other recent downtown investments include over $1.7 million for sidewalks, lighting, and paving. This project was funded through a $500,000 grant from the state of Maine's Municipal Investment Trust Fund program and $1.2 million from the city of Saco's Saco Island-Main Street tax increment financing (TIF) district.

The arrival of Amtrak's Downeaster rail service has also been important to Saco's revitalization efforts, and plans are under way to develop a $1.8 million passenger train station in conjunction with the mill revitalization by Harper's Development. Rail service through the heart of coastal Maine, extending beyond to New England and New York City, will help secure the future of Saco as a destination for visitors and newcomers from all over the Northeast.

When completed, this project will serve as a tremendous anchor for downtown Saco, which in 2001 became one of the Maine Downtown Center's first Main Street Maine communities. Its downtown revitalization group, Saco Spirit, has been working hard in conjunction with its partners to make downtown Saco a destination for residents and tourists – with considerable success. Its historic downtown has filled its storefronts and apartments with diverse shops and restaurants.



*Saco's classic City Hall presides over a downtown that has once again become a community center.*

8

Empowering ■ Strengthening ■ Guiding

# Houlton next downtown host

The Maine Downtown Center will hold its 7th Annual Downtown Conference, "Small Town Success," Friday, June 1 in Houlton from 8:30-5:30. Downtown revitalization expert Kennedy Smith, former director of the National Main Street Center, will be the keynoter. She returns to share inspirational downtown revitalization stories from small towns around the country.

Educational workshops will be offered by a variety of in-state and out-of-state experts. The Maine Street Center's Todd Barman will speak on business retention and recruitment, and Gardiner Main Street's Linda Marychowiak will host a workshop on hiring a downtown manager. Downtown farmers markets, cultural/heritage tourism, and a walking tour of historic Houlton are also on the program. Registration will begin in mid-April at www.mdf.org/downtown.



Nick Spitzer, keynote speaker (right), joins Ave Vinick, president of Waterville Main Street, at the 6th annual Downtown Revitalization conference last October in Waterville.

## Downtown Revitalization Legislative Update

A number of bills are before the Legislature that could profoundly affect downtown revitalization across Maine:

**LD 64** An Act to Recapitalize the Maine Downtown Center
As recommended by the Brookings Institute and Governor's Creative Economy Council, this would increase funding to $300,000 per year.

**LD 262** An Act to Amend the Credit for Rehabilitation of Historic Properties
This bill will improve the state's historic tax credit, making the credit refundable and allow credits up to 25%.

**LD 445** An Act to Authorize a General Fund Bond Issue for the Municipal Investment Trust Fund
MITF provided $10 million in matching funds for downtown projects in 2004. This bill would recapitalize that program, which is currently out of money.

**LD 780** An Act to Enhance the Redevelopment of Mill Buildings
This bill will provide a series of incentives to redevelop mill buildings, commonly located downtown.

**LD 851** An Act To Facilitate the Upgrading and Preservation of Existing Building Structures
This bill would require the state to use the International Code Council's fire safety code, rather than the National Fire Protection Association. The Brookings report said Maine has conflicting code regulations.

MDF and the Maine Downtown Center do not take positions on legislative bills, but encourage you to learn more by contacting legislators.

---



### Where's Babar?

Our mystery photo this time is on the humorous side, but continues our cinematic theme. Tell us in what historic downtown our elephant resides, and for bonus points the name of the business it sits atop.

E-mail answers to lallen@mdf.org.

Several readers gave the correct answer to the mystery photo of a fisherman statue. It's in downtown Eastport, and was a prop left over from the filming of "Murder in Small Town X," which aired on Fox in 2001. Sadly, the winner of this reality series, a firefighter from New York City named Angel Juarbe Jr., was killed in the World Trade Center collapse on September 11 a week after the program aired.

Empowering ■ Strengthening ■ Guiding

# Youth and politics a good mix for Hannah Pingree

*Interview by Kevin Thurston, Program Director*

Representative Hannah Pingree (D-North Haven), 30, is serving in her third term in the Maine House of Representatives, where she was recently elected Majority Leader. She is an ex-officio member of the REAL-IZE!Maine steering committee.

**You're the youngest woman in Maine history to hold the position of House Majority Leader. What does it feel like?**

It's really exciting. My whole identity in politics has not just been about being young, but it is important to have young people and women involved in politics. It's an honor to have my colleagues elect me and trust me to be their leader.

**Where did you grow up and where did you go to school?**

I grew up on an island off the coast called North Haven, where I still live today. North Haven is a town with 350 year-round residents. I graduated in a class of five from North Haven Community School. By the time you're a senior, you're ready to leave the island, or as we say, "The Rock." I didn't purposefully want to leave. I applied to 10 colleges both in and out of state. Brown (University in Rhode Island) was my top choice. I got in, and it's a great school so I decided to go.

**What did you do after college and how did you decide to return to Maine?**

When I graduated from college I applied for a fellowship – the Coro fellowship for leadership in public



*Hannah Pingree answers questions at a State House news conference.*

affairs in New York City. I did that for a year. Then I worked for two years for iVillage.com, the largest internet site for women at the time, where I produced their 2000 election coverage. We hosted some of the first online political chats with major presidential candidates about issues important to women. After three years, I missed Maine. I got a call from my mother (Chellie Pingree), who had decided to run for U.S. Senate. She asked me if I would come home and work on her campaign. So of course, I did. I moved home to the island in 2001.

**How did you decide to run yourself? Did you imagine you'd have been able to achieve success this early?**

In early 2002 I was recruited to run for the House of Representatives by then-Speaker Mike Saxl. When I moved home I did not foresee myself in elective office, but it's been one of the most important experiences of my life. Growing up with a mom in politics made me realize that leadership was something that I was capable of. If I want to make Maine better and work hard for the communities I represent. But I certainly did not sit down and plan my career.

**What are some of the issues facing young adults in this legislative session?**

One specific bill is for REALIZE!Maine – a bill to match Bangor Savings Bank's funding to support regional REALIZE!Maine efforts. The major issues are going to be creating jobs, making sure higher education is affordable, promoting affordable housing, and affordable health care. These issues are huge for our generation. I grew up with a lot of young people who now live out of state. Figuring out how to bring back their brainpower and entrepreneurial spirit is very important. The good news is that many are starting to come back.

**What does it take as a young person to succeed in politics?**

Young people are absolutely needed in the political process in Maine, and there are few barriers if they are willing to work hard. I think Mainers want young people involved in local and state government. I represent a district of 10 towns, nine of which are islands. When I would knock on doors campaigning, while people do think I look young, their reaction is mostly excitement to see young and energized people participating

10

# MAINE DEVELOPMENT FOUNDATION MISSION

*Empowering ■ Strengthening ■ Guiding*

The Maine Development Foundation was created by the Governor and Legislature in 1977. Established as a private, nonprofit corporation with an IRS 501(c)(3) nonprofit status, the Foundation has a broad mandate from state government to promote economic development. The Foundation is the oldest and one of the most successful statewide public-private partnerships in the nation and has received many national awards for its accomplishments.

Our mission is to drive long-term economic development in Maine.
We use three key strategies in developing our programs in order to accomplish this mission:

- We empower leaders to act through Leadership Maine and Policy Leaders Academy.
- We strengthen Maine communities through the Maine Downtown Center, Capital Riverfront Improvement District, and The Fund for the Efficient Delivery of Local and Regional Services.
- We guide public policy through the Maine Economic Growth Council, Maine Employer's Initiative, Mapping, and REALIZE!Maine.

These programs are funded by fee-for-service, private contributions, memberships, and foundation grants.

*We encourage your feedback and ideas. On behalf of everyone who will benefit from your investment in Maine's future...*

## Thank You!

**All members will receive:**
1. A hyperlink to your website
2. A semi-annual email update from MDF's CEO in June and December
3. Access to all MDF publications
4. A quarterly newsletter
5. Membership rates for Leadership Maine ($3,250 member, $4,000 non-member)
6. Membership rates for the Annual Meeting
7. Membership rates for MDF forums

45 Memorial Circle • Suite 302
Augusta, ME 04330
207-622-6345 • Fax: 207-622-6346
email: mdf@mdf.org
www.mdf.org

---

## MAINE DEVELOPMENT FOUNDATION

### Membership Application

**Membership Structure:**

| # of Employees | Non-Profit Rate | Business Rate |
|---|---|---|
| 1 – 25 | $150 | $250 |
| 26 – 74 | $250 | $500 |
| 75 – 125 | $350 | $1,000 |
| 126 – 249 | $500 | $2,000 |
| 250 – 499 | $1,000 | $2,500 |
| 500 – 749 | $1,500 | $3,000 |

Company/Organization: _____

Contact Name: _____ Title: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone: _____ Fax: _____

Email: _____

www. _____

*Your contribution amount:* $ _____

*Note:* Corporate contributions may be deductible for federal income tax purposes as a business expense or charitable contribution. Federal ID # 01-0355563.

Case 1:06-cr-00045-EGS   Document 28-3   Filed 11/30/2007   Page 13 of 13

# Maine Development Foundation
## Board of Directors

**Stephen W. Schley**, *Chair*
President & CEO
Pingree Associates Inc.

**Kathy Vandegrift**, *Vice Chair*
Associate General Manager,
Finance & Operations
The Jackson Laboratory

**Daniel B. Breton**, *Treasurer*
Director of Government Affairs
Verizon Communications

**Richard Batt**
President & CEO
Franklin Community Health Network

**Dr. William Beardsley**
President
Husson College

**Yellow Light Breen**
Sr. VP, General Counsel &
Chief Strategic Officer
Bangor Savings Bank

**William H. Cassidy**
President
Washington County Community College

**Laura Fortman**
Commissioner
Department of Labor

**Susan Gendron**
Commissioner
Department of Education

**Brad Kauffman**
Senior VP, Strategic Planning &
New Business Development
L.L.Bean, Inc.

**Judy Knapp**
Government Relations Rep.
Hannaford Bros. Co.

**Michael J. Roy**
City Manager
City of Waterville

**Joan M. Smith**
Senior Tax Manager
Baker Newman & Noyes

**Wendy P. Suchrstedt**
Exec. VP,
Chief Retail Banking Officer
TD Banknorth

**Laurie G. Lachance**
President & CEO
Maine Development Foundation

## Champion Circle Members



Hannaford · UnumProvident · Maine Health Forum (Sharing healthcare news, information, and opinions for all of Maine.) · Bangor Savings Bank · L.L.Bean

---

MAINE DEVELOPMENT FOUNDATION
45 Memorial Circle • Suite 302 • Augusta, ME 04330

Empowering • Strengthening • Guiding