# Attachment 3

# Unofficial Property Record Card - Auburn, ME

## General Property Data

| | |
|---|---|
| Parcel ID | 198-037 |
| Prior Parcel ID | -- |
| Property Owner | WOMEN IN NEED INDUSTRIES (WIN) INC |
| Mailing Address | 142 HIGH ST |
| City | PORTLAND |
| Mailing State | ME |
| Zip | 04270 |
| Parcel Zoning | |
| Account Number | 198037000 |
| Property Location | 146 MANLEY RD |
| Property Use | TWO FAMILY |
| Most Recent Sale Date | 11/30/2005 |
| Legal Reference | 6594-254 |
| Grantor | SAWYER STANLEY, |
| Sale Price | 180,000 |
| Land Area acres | |

## Current Property Assessment

| Card 1 Value | Land Value 30,800 | Building Value 90,900 | Total Value 121,700 |

## Building Description

| | | | |
|---|---|---|---|
| Building Style | MULT | Foundation Type | CONCRETE |
| # of Living Units | 2 | Frame Type | WOOD |
| Year Built | 1920 | Roof Structure | GABLE |
| Building Grade | AVERAGE | Roof Cover | ASPHALT SH |
| Building Condition | Fair | Siding | ALUMINUM |
| Finished Area (SF) | 2216 | Interior Walls | N/A |
| Number Rooms | 0 | # of Bedrooms | 0 |
| # of 3/4 Baths | 0 | # of 1/2 Baths | 0 |
| | | Flooring Type | N/A |
| | | Basement Floor | N/A |
| | | Heating Type | FORCED H/W |
| | | Heating Fuel | OIL |
| | | Air Conditioning | 0% |
| | | # of Bsmt Garages | 0 |
| | | # of Full Baths | 2 |
| | | # of Other Fixtures | 1 |

## Legal Description

### Narrative Description of Property

This property contains acres of land mainly classified as TWO FAMILY with a(n) MULT style building, built about 1920, having ALUMINUM exterior and ASPHALT SH roof cover, with 2 unit(s), 0 room(s), 0 bedroom(s), 2 bath(s), 0 half bath(s).

## Property Images

Disclaimer: This information is believed to be correct but is subject to change and is not warranteed.

http://auburnme.patriotproperties.com/RecordCard.asp    11/27/2007

# Unofficial Property Record Card - Auburn, ME

Page 1 of 1

## General Property Data

| | |
|---|---|
| Parcel ID 198-038 | Account Number 198038000 |
| Prior Parcel ID -- | |
| Property Owner WOMEN IN NEED INDUSTRIES (WINI) INC | Property Location MANLEY RD |
| | Property Use URBAN HSLT |
| Mailing Address 142 HIGH ST | Most Recent Sale Date 11/30/2005 |
| | Legal Reference 6594-254 |
| City PORTLAND | Grantor SAWYER STANLEY, |
| Mailing State ME  Zip 04270 | Sale Price 180,000 |
| Parcel Zoning | Land Area acres |

## Current Property Assessment

| Card 1 Value | Land Value 31,400 | Building Value 0 | Total Value 31,400 |
|---|---|---|---|

## Building Description

| | | | |
|---|---|---|---|
| Building Style N/A | Foundation Type N/A | Flooring Type N/A | |
| # of Living Units N/A | Frame Type N/A | Basement Floor N/A | |
| Year Built N/A | Roof Structure N/A | Heating Type N/A | |
| Building Grade N/A | Roof Cover N/A | Heating Fuel N/A | |
| Building Condition N/A | Siding N/A | Air Conditioning 0% | |
| Finished Area (SF) N/A | Interior Walls N/A | # of Bsmt Garages 0 | |
| Number Rooms 0 | # of Bedrooms 0 | # of Full Baths 0 | |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 | |

## Legal Description

### Narrative Description of Property

This property contains acres of land mainly classified as URBAN HSLT with a(n) N/A style building, built about N/A, having N/A exterior and N/A roof cover, with N/A unit(s), 0 room(s), 0 bedroom(s), 0 bath(s), 0 half bath(s).

## Property Images


No Sketch Available


No Picture Available

Disclaimer: This information is believed to be correct but is subject to change and is not warranteed.