IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) Cr. No. 06-045 (EGS)<br>SHALOME ODOKARA )<br>)<br>Defendant. )<br>) | |

**DEFENDANT SHALOME ODOKARA'S UNOPPOSED
MOTION TO CONTINUE SENTENCING DATE**

Defendant, Shalome Odoara, through undersigned counsel, respectfully moves the Court to vacate the current sentencing date in the above-captioned case of December 7, 2007 at 12:30 p.m. and continue the matter. As grounds for this motion, defense counsel respectfully submits:

1.      The sentencing in this matter is currently scheduled for Friday, December 7, 2007 at 12:30 p.m.

2.      On Friday, November 30, 2007, the government submitted a Supplemental Memorandum in Aid of Sentencing. In its Memorandum, the government raises two issues regarding Ms. Odoakara's finances, and requests that Ms Odokara "clarify" her situation on these issues at the December 7th sentencing hearing. *See* Gov. Supp. Sentencing Mem. at 3.

3.      Ms. Odokara and her counsel are in the process of pulling together financial records to satisfy the government's request for further information on Ms. Odokara's finances and the finances of Women In Need, which is the organization Ms. Odokara operates on behalf of victims of domestic violence. That process will be completed shortly. In order to have adequate time to submit the materials to the Court, however–and for the Court to review them–the defense is respectfully requesting a continuance of the December 7th sentencing.

4.  The government does not oppose this Motion.  The government would prefer a sentencing date prior to the Christmas holidays.  The defense would prefer a sentencing date between January 15 and January 30, 2008.

WHEREFORE, defendant respectfully request that the Court vacate the sentencing date currently set down for Friday, December 7, 2007 and continue the sentencing.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 06-045 (EGS) |
| **SHALOME ODOKARA** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to vacate the sentencing date, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the sentencing in this matter scheduled for December 7, 2007 at 12:30 p.m. is **VACATED**; the sentencing will now take place _____, 2007/08 at _____ am/pm.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA