# EXHIBIT 1

**Women in Need, Inc.**
P.O. Box 2519
South Portland, Maine 04116



Imagine you're a mother of two small children, having recently arrived in Maine from somewhere distant. You're hoping to build a better life for you and your children, free from fear, oppression and poverty. Or maybe you're a woman born right here in Maine and your desire for a better life is as intense. Whether you are a women in transition due to the loss of a job, an employer's business or the closing of a local plant, the loss of a spouse, the birth of a new child, the wait on violence and in the new wife barriers can be enormous. Knowledge of what's available and gaps in local services can be the first obstacle. WINI, a local organization dedicated to assisting women in their transition, bridges these communities, creating change. Art its core, WINI focuses on helping women be successful, especially through access to services and help women identify resources they are not aware of. These are the building blocks for economic and social independence, and the cornerstone of self-sufficiency. WINI recognizes that all these resources contribute to a healthier community, filled with new consumers, taxpayers, and participants in local, state, national and international lives.

# Women in Need, Inc.

## Building Bridges, Giving Voice.



### Serving as a Resource Hub

There are many excellent local programs and opportunities available to women in transition, but navigating the labyrinth of social service agencies and governmental departments can be especially difficult for a limited education or a newcomer who barely understands English.

That's why it's so important to have a central clearinghouse where women in transition can go for the latest information, and where they can be sure someone can talk to them in their own language.

And because WINI has built strong relationships with local agencies, departments, businesses and hospitals, its staff and volunteers know the full range of services offered, the jobs opening up, and the housing available.

### Building Community Bridges

Helping businesses, agencies, and hospitals become better equipped at working with women refugees and immigrants is another crucial piece of Women in Need's work.

WINI representatives are frequently invited to serve on panels and lead workshops that provide insight and information to businesses, hospitals and agencies on cultural competence and other important issues relating to our region's newest populations.

WINI, in fact receives more than six requests per week to assist local organizations. To meet the increasing demand, WINI has also initiated "train the trainer" workshops, so that organizations can build their own in-house capacity to educate its managers and workforce.

### Providing Advocacy, Support, and Services

WINI is much more than a clearinghouse where information is garnered. It is also a community where advocacy and support is provided, and gaps in services are filled. Sometimes the support provided is relatively simple, like giving someone a clean set of clothes or providing a ride to a doctor's appointment or a job interview. Sometimes the support is relaxed and informal, like offering the respite of a quiet room to a single mom, or organizing regular "Monthly Nite Out" sessions where women in transition can gather to share their challenges and successes. Sometimes the support is more complex, requiring a staff member or volunteer to advocate on someone's behalf, or to intervene with social service staff, landlords, and prospective employers. And sometimes the support can be literally lifesaving, like providing refuge or a safe haven for a battered woman and her children. WINI fulfills all these roles and more, including providing services that others are not; like cultural orientation classes, anger management programs, and parenting classes, some specifically designed for refugees and immigrant populations.

**Women in Need, Inc.**
**Phone: 207-761-WINI**
**Fax: 207-761-1113**
**Web: wwww.wini.us**

## Our Origins

### How To Support WINI

To carry out its important work, WINI depends upon the support of individuals, businesses, and foundations.

In considering a gift, please know that your generosity will bring self-sufficiency, improved health care, and better living conditions to women and children who have turned to the people of Maine as their best hope for a bright and promising future.

**Contributions are tax deductible. Please be generous.**

**I would like to contribute:**

___$1,000 ___$500 ___$100 ___$50  Other: $____

_____
YOUR NAME

_____
ADDRESS

_____
CITY STATE ZIP

_____
PHONE (___ I would like to meet with you. Please call me.)

_____
EMAIL

**Please make checks payable to:
Women in Need, Inc.
Send to: P.O. Box 2519
South Portland, ME 04116**

## Women in Need, Inc.

was founded in 1995, with a focus of providing expertise to women around the globe. For its first seven years, the organization was headquartered in Washington DC, organizing and coordinating an array of cutting edge programs and conferences that included:

- Programs that empowered women to negotiate for safer sex in Nigeria and Ghana

- Programs that supported people infected with HIV/AIDS victims in South Africa and the Caribbean

- Programs that focused on debt reduction in West Africa.

While continuing to maintain some of the most crucial aspects of its international work, WINI made a strategic decision in 2002 to refocus much of its energies within the United States. Seeing Maine, with its changing demographic, as a region in urgent need of programs and services WINI could offer, the organization relocated to Portland ME.

# WOMEN IN NEED INDUSTRIES (WINI) 'BUILDING BRIDGES-GIVING VOICE'!
## CELEBRATING 5 YEARS SERVICES AND SUPPORT,
## CHAMPIONING THE NEEDS OF WOMEN IN TRANSITION IN MAINE

### FACT SHEET

### WHO WE ARE
- Assisting the needs of women, their families, communities, and our nation.
- Providing advocacy, support and service to women who are victims of Domestic violence, refugees, in need of shelter or displaced in Maine
- Act as an incubator for socially responsible for-profit businesses that help sustain and support WINI's mission and Maine Women

### WHERE WE ARE OR HAVE BEEN
- Protecting the rights of women and children in our communities.
- Working with a collaboration of over 90 agencies and businesses around Maine
- Promoting cultural competences cooperation, communication and understanding
- Working to eliminate disparity and hopelessness thru advocacy and job creations
- Providing housing and financial assistances through WINI angle networks

**Some Highlights and Accomplishments**
- Assisting 2,340 women and their families annually thru WINI's resource hub/advocacy
- Door Way to Hope-Transitional house for women
- Creating Bridges-Annual Educational and Economic forum
- The American Dream-Homeownership Symposium
- Everyone Deserves To Live In A Safe Home-Domestic Violence Conference
- HIV/AIDS Prevention Trainings for Refugees and Immigrants
- Health is ME-Obesity in Maine Conference
- Banking ABC-Basic Banking Training for New Americans
- Cultural Competences Trainings for social services and businesses in Maine
- Acquisition of 2.3 acres in Auburn, Maine

### WHERE WE ARE GOING
**Issues and challenges**
- Raised Homelessness among women
- Maine and the Nation domestic violence is on the rise
- Need for Creative Economy with focus on women's needs
- Need for affordable housing
- Affordable quality child-care

**On the Move**
- Chickadee Children Development Auburn Maine – *opening fall 2008*
- Incubator for socially responsible for-profit businesses
- Job Creation/Employment
- Many Hands Industries (Auburn, Maine-Opening Summer 2007)
- Acadia Accessories (Portland-2007)
- Creative Stitches (Portland-2008)
- Growth and self-sufficiency
- Workforce development with living wage
- Annual Educational and Economic Community Forum
- Serve as a national model for comprehensive community development
- Resource Hub for all women in Maine

Women In Need Industries (WINI), 477 Congress Street, Suite 401, Portland, Maine 04101
Phone: 207-761-WINI (9464), Fax: 207-761-1113

**Auburn and Lewiston Cultural Center of Maine** (ALCC) is a project of Women In Need Industries. Based in Portland, Maine, Women in Need Industries (WINI) is a 501 (c) 3 non-profit formed in 1997, dedicated to assisting disadvantaged and/or displaced women, their families and their communities adapt to change. WINI's programs and services help women in transition to gain personal independence and economic self-sufficiency, become contributing members of their new communities, and become active participants in all aspects of life.



The ALCC facility will be two-story "green" (environmentally sound) structure located on the corner of Manley and Rodman Streets in the city of Auburn, Maine. ALCC 's building will adhere to "green building" practices.
A Green Building practices help save the earth's environment because less energy and natural resources are required by the buildings.

ALCC facility will be both green and cost-effective. The ALCC design will focus on good acoustics, lighting, thermal comfort, and indoor air quality, while reducing energy consumption. Water conservation and the use of renewable or recycled materials will also be key. Some of the planned features include:
- A natural wetland to slow and filter storm water run-off before it reaches a nearby stream. This wetland will also be used as an outdoor classroom and living wildlife laboratory.
- Additional landscaping and specific roofing materials to keep the building and parking lots cooler, reducing "urban heat island effect."
- Orienting the building site to maximize natural day lighting in the classrooms. Day lighting has been shown to improve children's ability to learn while also reducing the energy consumption of artificial lighting.
- "Waterless" urinals, low-flow automatic spigots, and other innovations to reduce water and energy consumption by at least 20%.
- Wall paint with a lower gas toxicity and therefore less odor.
- Energy-recovery ventilation to dehumidify and constantly freshen the air.
- High-energy-efficient, water-source heat pumps for heating and cooling.
- Wooden doors certified to come from environmentally responsible forests (e.g., no clear-cutting).
- High recycled content in the building is concrete, which is also 10%-15% stronger.
- Mulch used in landscaping will come from trees that must be removed to build on the site.

Vision Statement
ALCC will leverage entrepreneurship and leadership to address the problem of unemployment in Maine while reducing reliance on non-profits and their need for external sources of funding. ALCC aims to merge an entrepreneurial approach with community development and a commitment to personal growth and potential. ALCC will be the innovative, multi-disciplinary epicenter, celebrating the triumphant spirit of the community experience from childhood to adulthood. The building will be a tool for educating the community and children about sustainable environments and about reducing your impact on the earth with a building that has lower energy consumption.
The AL Cultural Center exists to:
1. Be a reflective prism of the Maine Experience
2. Be an educational hub for children
3. Be a catalyst for cultural, social-political and artistic development
4. Celebrate and nurture the creative process
5. Be a resource for cultural inquiry
6. Be an engine for community development
7. Instill pride while educating others about the gift everybody in community bring



Mission Statement
AL Cultural Center is an intellectual, cultural, social and community home for many. ALCC will be home to Chickadee Child Development Center, an Adult Literacy Education, a resource hub, business offices and arts and cultural groups. The goal is have a center that preserves the irreplaceable and prized resource for the benefit and enjoyment of all generations.

AL Cultural Center will be a community center that will be home to a rich variety of educational, cultural, entertainment, civic and social activities enjoyed by the people of Euclid and surrounding communities.

It is built on the following principles: a philosophy of self-determination, a methodology of self-actualization and critical thought, and an ethics of self-reliance. ***(Turn over-Fact sheet about Women In Need)***

---

a Women In Need Industries project

architect: Carrie Shores AIA, LEED-AP

The 5th Annual Greater Portland

# festival of NATIONS

**Saturday, July 28th, 2007**
Deering Oaks Park
2:00 - 8:30 PM

EXCITING **music crafts cuisine** from Around the World

IRISH • CAMBODIAN
NATIVE AMERICAN • INDIAN
SUDANESE • GERMAN • CONGO
THAILAND • CAMEROON
SOUTH AFRICA • SWEDEN
ETHIOPIA and many more

**FESTIVAL THEME:**
"Awesome Smile"
Maine Children Oral
Health Campaign

visit the children's

**FREE** ADMISSION

community ch

**FOR MORE INFORMATION • 20**
Greater Portland Festival of Nations is a pro

Case 1:06-cr-00045-EGS   Document 30-2   Filed 02/12/2008   Page 9 of 10



## *A Doorway to Hope*

### Transitional Housing for Women

**A Project of Women In Need, Inc.**
142 High Street, Suite 420, Portland, ME 04101
(207) 761-9464

*Doorway to Hope* is a drug and alcohol free transitional program designed to help reduce the barriers faced by women coming out of incarceration, so that the women may successfully re-integrate themselves back into the community. *Door way to Hope* uses the strength based approach. We are organized around empowerment rather than problems.

*Doorway to Hope* is a six bed transitional house that offers women a safe and comfortable room in a culturally diverse and supportive environment for up to one year. During their stay, all of our women will receive individualized case management that will include:

- Treatment plans, recovery skills and relapse prevention'
- Mentoring
- Skills for employment
- Transitioning plans to obtain independent living including money management
- Anger management
- Parenting workshops

In addition, all women will have continued services for up to a year of exiting the program.

*Doorway to Hope* is more than a place to stay. It is a critical link between community-based, governmental services and resources that are often fragmented, difficult to access, or simply not available to women upon release.

*There is only one key that unlocks this door….it is unlocked with the spirit of hope and compassion*

For more information: Call Women In Need, Inc at 207-7619464