**EXHIBIT 2**



"chinyere.okafor"
<chinyere.okafor@wichita.edu>

08/27/2007 07:42 PM

To  jonathan_Jeffress@FD.org
cc
bcc
Subject  Shalom Odokara: the woman that I know

Dear Jonathan Jeffress,

Shalom Odokara: the woman that I know

My name is Chinyere Grace Okafor, a professor of English and Women's Studies, Wichita State University, Kansas. I am the Chair of the Board of Directors, Women In Need, Inc. (WINI) of Maine, and I want to give you a personality sketch of Shalom Odokara, the Executive Director, Women In Need, Inc (WINI) of Maine.

I have known Ms Odokara for a very long time spanning form her childhood days to the present, because her family and mine had close connections in the residential quarters of professors of the University of Nigeria, Nsukka, where she spent a few years before returning to the United States. Her father was a renowned professor of Education at Michigan State University before he transferred to Nigeria at the institution of the University of Nigeria. Her mother is also a professor. With this background and with the advantage of being a United States' citizen from birth, her educational and professional achievements did not surprise us. What surprised us was her devotion and passion for the underprivileged; a passion that eventually led to her founding an organization devoted to helping people in need.

Shalom Odokara was an employee of the World Bank group when she began nursing plans to start an organization to help the helpless in the society. She was one of two recipients of the Bank wide recipient of 1998 Awards for Excellence. She started WINI, in 1995 as a non-profit organization with headquarters in Washington, DC. Over the years, WINI grew and expanded to Maine. It provides services and helps communities build bridges; whether they are refugees trying to understand and navigate the American system or women-in-transition trying to gain personal independence and economic self-sufficiency in order to become full contributing members of the society. It also serves as a resource hub that provides up-to-date information about women in transition. Shalom Odokara is at the center of all these, over-exerting herself and even her personal resources because like many non-profit organizations of these times, WINI is frequently in need herself. However, Shalom has the charisma for advocacy and this has attracted Women-In-Need angels who sometimes volunteer for the organization.

Members of the Board are particularly impressed by Odokara's ability to hold the fort under thick and thin, to trudge on in the hardest of times. She is hard-working, caring, and loving - qualities that she uses to advantage in helping people. Her work in Maine speaks for itself, because a number of businesses and organizations now partner with her in executing WINI's agenda, and of course the partnerships result from hard negotiations by the Executive Director. Included in the agenda are conferences and workshops that empower women to attain self autonomy through home ownership, micro-credit, cultural competency, engaging and dealing with domestic violence, and also creating community awareness about these issues. The Annual Greater Portland Maine Festival of Nations is the crown of Odokara's efforts because it brings together various items in WINI's agenda: people of diverse ethnicities; health program that educates people on HIV, diabetes and other health issues, youths activities like soccer, music, and dance;  ethnic hubs with kitchens,

arts and music; and free food and shirts for the homeless.

Ms Odokara is highly regarded in Maine. She is a member of City of Portland Planning Board, and member of the Task Force on Early Childhood's Humane Systems chaired by Maine's First Lady Karen Baldacchi. She has a BA in Economics with a minor in international studies from McPherson College, Kansas, and MA in Cultural Psychology from Bowie State in Maryland. She is a mother bringing up a son and mentoring many young people.

With this great profile, I find it quite unbelievable and unfortunate that such a passionate and caring human being, who has contributed a lot to society and has the promise of doing more in the future, is linked with such an ugly story, and we would urge you to please do everything in your power to see that the matter is settled justifiably with Ms Odokara freed from guilt because this is inconsistent with her character, with the woman that I know. Any unfortunate setback for her will be a great setback for women and all that benefit from her and WINI.

Thank you.

Chinyere G. Okafor, PhD
Department of Women's Studies and Religion
Wichita State University, Wichita, Kansas.

Chinyere G. Okafor, Ph.D.
Associate Professor
Department of Women's Studies
Wichita State University
Wichita, Kansas 67260-0115. U.S.A.
tel   (316) 978-6264
fax (316) 978-3186
chinyere.okafor@wichita.edu
URL   http://webs.wichita.edu/?u=chinyere&p=/index
<http://webs.wichita.edu/wmstudy/faculty.html>