**EXHIBIT 3**

## MICHAEL J. WAXMAN
### ATTORNEY AT LAW

30 CITY CENTER
P.O. BOX 375
PORTLAND, MAINE 04112-0375

☎ (207) 772-9558
FACSIMILE (207) 772-9567
e-mail  mjwaxy@aol.com

8/27/2007

Jonathan Jeffress, Esq.
Federal Public Defender
District of Columbia, Suite 440
6215 Indiana Ave., NW
Washington, DC 20004

Re:   Shalom Odokara

Dear Attorney Jeffress:

I am writing to offer my thoughts about Shalom Odokara, whom I understand will be sentenced shortly in Federal Court.

I have known Ms. Odokara for approximately 5 years. I have represented her in a number of different matters, and I have had the privilege of getting to know her and her son, Michael, socially. I have great respect and admiration for Ms. Odokara as a human being, as a business woman, and as a mother. She exudes integrity and propriety in everything she does. Her work and her life are about helping people who need help, who lack a voice, who are often overlooked by those in power. She is tenacious and principled. She is a very warm and nurturing mother. She is intelligent and hard working.

Frankly, when I learned of the instant criminal proceeding, I was shocked. Unlawful conduct of any kind is completely out of character for Ms. Odokara. She came to me about this case and explained the circumstances surrounding the wrongdoing. She was contrite, regretful, and ashamed.

I have every confidence that this episode was an extraordinary incident that will never be repeated in Ms. Odokara's lifetime. No good would come of incarcerating this woman. She has learned her lesson and she has taken that lesson and taught others from it. I would ask that the sentencing judge treat this woman with mercy, as she has earned it.

Very truly yours,

Michael J. Waxman