**EXHIBIT 4**

Case 1:06-cr-00045-EGS    Document 30-5    Filed 02/12/2008    Page 1 of 3

Michael Odokara
68 Exeter St.
Portland, Maine 04101

August 29, 2007

Jonathan Jeffress, Federal Public Defender,
District of Columbia,
Suite 550, 625 Indiana Avenue, NW,
Washington, DC 20004

Dear Jonathan Jeffress,

    My name is Michael Odokara. I am 17 years old and the son of Shalom Odokara. First and foremost, thank you for all your help to my mother. My mother is a great woman. She is the kindest, toughest and giving person I know. She is also hard working and always helping others. Nevertheless, she is adamant on telling me that everyone makes mistakes; but it is what you do with those mistakes that determines your personal character. I have to admit, when I first learned what she did, I was disappointed because she raised me to be honest and truthful. She has learned her lessons and has paid for them dearly with the personal shame, guilt and the work she does in the community. I know she has personally suffered greatly and takes full responsibility for her action. Through all this, I have observed her almost falling apart, only to rise and offer help to others.

    Being an executive director of a non-profit for women (Women In Need Industries) means her waking up at one in the morning from an emergency call for one of her clients. She loves her work, her clients, and in a way, knows that this is a venue for her to give back for the mistakes she has made in her past. I truly believe that her experiences and mistakes plays an important to her sensitivity to people in need or people who made mistakes in their lives. She is a great role model, not because she is my Mom but because of her work and how she lives her life now.

    My mother is very important to me. Being a single mom, she has had to make many sacrifices for my wellbeing and my happiness. From the very beginning, it has been only my mother and me. I need my mother during this critical time as I prepare to

go to college in 2008. Please have mercy and let her be here for not only her clients, but for her son.

God Bless,
Michael Odokara