**EXHIBIT 5**

**Women In Need Industries (WINI), 477 Congress Street, Suite 401, Portland, Maine 04101**
**207-761-09464 (Phone)  2070761-1113 (Fax)**

## Cover Sheet

### To:

**Jonathan S. Jeffress**
**Assistant Federal Public Defender**
**(202) 208-7515 (fax)**

### From:
**Shalom Odokara**
**Executive Director**
**Women In Need**
**207 761-1113**

**Number of Page(s) including cover sheet: 2**

Women In Need Industries (WINI), 477 Congress Street, Suite 401, Portland, Maine 04101
207-761-09464 (Phone)  2070761-1113 (Fax)

## PROMISSORY NOTE

**FOR VALUE RECEIVED,** the undersigned promise to pay to the order of Shalom Odokara, the sum of $7, 500.00 Dollars,

(down payment of land located at 146 Manley Road, Auburn, Maine together with interest thereon at the rate of 0% per annum on the

unpaid balance. Said principal and interest shall be payable in the manner following: cash the sale of the land or by November 30, 2010.

The undersigned may prepay this note without penalty. In the event any payment due hereunder is not paid when due, the entire balance

shall be immediately due upon demand of any holder. Upon default, the undersigned shall pay all reasonable attorney fees and costs

necessary for the collection of this note.

This note is executed to evidence a certain existing indebtedness due the payee from the undersigned to a certain open account balance

as of this date, and this note shall not be construed as a separate obligation.

Signed under seal this 12th day of December, 2005.

Witness:                              Women In Need

*Iy Ly*                               *CGOkafor*

                                      Name: Chinyere Okafor

                                      Title: Its Duly Authorized Chair of Board of Director