# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-45 (EGS) |
| | ) | |
| SHALOME ODOKARA, | ) | Sentencing Date:  March 6, 2008 |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR
## TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285

Defendant Shalome Odokara, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Ms. Odokara from Portland, Maine, to the next court date in the above captioned case, and to return her home at the conclusion of the hearing.  The government does not oppose this Motion.

Ms. Odokara is represented by court-appointed counsel.  Following her detention hearing, Ms. Odokara has resided in Portland, Maine on personal recognizance.  There have been no reported violations of any condition of her pretrial release.

Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Ms. Odokara respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for the sentencing on March 6, 2009 and her return to Portland, Maine after her appearance.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____ /s/ _____
JONATHAN S. JEFFRESS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-45 (EGS)** |
| | ) | |
| **SHALOME ODOKARA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## ORDER

Good cause having been shown, it is this          day of                    , 2008,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for

noncustodial transportation for the defendant to and from the sentencing hearing scheduled for

March 6, 2008.


BY THE COURT:


_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge