UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-45 (EGS) |
| ) | |
| SHALOME ODOKARA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Good cause having been shown, it is this 3rd day of March, 2008,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the sentencing hearing scheduled for March 6, 2008.

BY THE COURT:

THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge