# EXHIBIT 3

## INTRODUCTION

### Purpose

Pharos House is a work release program for adult offenders in the last few months of their Federal prison sentences. The Program Goal is to assist residents in the process of reintegration into the community. The Program provides professional case management services, residential services, and a structured re-entry program emphasizing responsibility and opportunity within a supportive environment.

## PHILOSOPHY

We believe most offenders can benefit from a gradual re-entry into the community, in which supportive services have an important part. We believe an offender leaving the institution is entitled to our concern and respect and that our function as a staff is to be supportive of the efforts an offender makes towards a successful re-entry. We believe our support can be helpful to offenders willing to make an effort on their own behalf, but that we cannot change or rehabilitate those offenders unwilling to make changes within themselves. Our approach rewards behaviors geared towards successful re-entry into the community.

We see the following behavior as basic to an offender's successful re-entry:

Good work habits: (Such as going to work on time every day and working hard).

Good money management skills: (Such as budgeting, regular savings, meeting financial responsibilities and paying subsistence).

Responsible behavior: (Such as living within House Rules, successfully managing interpersonal relationships within the House and in the community).

Willingness to address personal problems: (Such as constructive work on altering any behaviors that have been associated with previous criminal acts).

These specific behaviors are rewarded as outlined in the Federal Resident Agreement and the Resident Manual with a gradual increase of recreational and treatment time for those who are not in Community Confinement status.

### Goals and Objectives

To provide the supportive services necessary to assist offenders with their problems and to help them develop skills which hopefully will prevent them from re-creating those situations which caused their convictions. In order to achieve our goal we have the followings objectives:

To screen applicants into the program based on the ability of Pharos House to meet their needs without presenting an undue risk to the community.

To assess needs and establish sound attainable goals with each resident.

To provide assistance in finding and maintaining jobs.

To provide case management functions which focus on personal adjustments.

To provide weekly Resident/Staff meetings for residential problem solving.

To provide financial management assistance when necessary, to each resident.

To provide opportunities for resident involvement in the Program; such as rules, food, and disciplinary procedures.

To provide referral to community resources as appropriate.

To provide opportunities for sound and constructive use of leisure time.

To assist each resident to establish and carry out an appropriate plan for continuing work, training and living in a community setting.

## LONG TERM GOALS

The following long-term goals have been adopted by the Board of Directors:

- To particularly emphasize acquisition of knowledge about substance abuse and the skills and abilities to deal with it more effectively in establishing training programs and approving attendance at classes, workshops and seminars.

- Maintain accreditation by ACA.

- Provide training to increase general competence of staff.

- Continue to up-grade physical facility as finances allow.

## **Physical Facility**

The current facility was purchased in 1986, renovated and then occupied in 1987. It was a duplex apartment building in the Parkside residential area of Portland, a brick structure built in 1900. Its' advantages were that it is very close to the center of the city and community services. Public transportation (bus service) is less than 2 blocks distant. The building is basically sound and provides adequate sleeping space for 22 residents using the City of Portland standard of 70 square feet per resident (FBOP requires only 60 square feet).

Extensive renovations were required to convert the duplex apartment building to our use and to conform to building and zoning codes prior to licensing. Extensive work on fire safety to include steel fire escape and direct connection of fire systems to central fire dispatch have been completed to bring us into compliance with the fire department's standards.

Drawbacks are a lack of private parking space on site and non handicapped accessible. We can supervise handicapped offenders on home confinement status.

We are licensed by the State of Maine as an eating and lodging establishment for 22 and by the City of Portland for 20 (City ordinance cap for correctional halfway house). Although we ordinarily provide service to as many as 28 offenders, use of home confinement status allows us to do so without exceeding our residential capacity.

Staff offices are all located on the first floor, are easily accessible to all and provide adequate private counseling space as well as a conference area, record storage, and space for clerical, security, and administrative staff.

On the first floor are living room and dining room which provide space for visitors and varied activities as does a recreation room in basement #7. Group meetings are normally held in the living/dining area or basement conference room.

The kitchen is adjacent to the dining area and has direct access to a toilet and wash basin facility. Kitchen storage area is in basement #7 and is ventilated. Other storage areas provide space for linen, bedding, janitorial and supplies.

We provide separate rooms for male and female offenders on the 2nd and 3rd floors. We have 5 toilets (1 female, 2 male, 2 co-ed), 5 wash basins with hot and cold running water, 6 showers (1 bath), 2 washing machines, 2 dryers. Toilet and bath facilities are easily accessible to sleeping rooms.

Residents are provided bed, mattress, pillow, nightstand, lamp, bureau, closet or clothes rack. They may decorate their space with personal possessions or pictures (no hard-core pornography or hate posters).

The house is heated in winter to 68-72 degrees and air conditioning has been installed to cool the house in summer to a temperature under 78 degrees. Lighting of at least 20 foot candles and air

circulation of at least 15 CF of re-circulated filtered air per minute is provided. Noise levels are kept below 70 dBA in daytime and 45 dBA at night.

**Criteria for Acceptance into Pharos House**

Core Staff consider applicants to be appropriate as residents if they have needs that are within our ability to meet. We do not accept residents, when in our judgment, they would present a danger to the community or act violently towards other residents or staff. In general, we do not accept applicants with a history of sexual offenses, arson, violence or escape from community-based facilities.

In most cases residents must be able to work. We would prefer to have residents here for 4 to 6 months, but have accepted residents for less time. We also weigh the person's ability to adjust to a closed living situation. It is more difficult for persons to isolate themselves here, and we have had incidents in which those who managed to cope inside an institution by avoiding others were totally unable to adjust to living here.

We believe we are most effective with the following kinds of clients:

   A. Those with substance abuse problems and some willingness to work on those problems. Such residents have an opportunity to test out their ability to survive on the streets free from their substance of choice. They will be expected to attend AA, NA, and Transitional Services if that is part of their requirement.

   B. Those whose lives have been totally unstructured and who can, in our judgment, benefit from reentering the community surrounded by a structured living situation.

   C. Those with a limited experience in handling or budgeting money.

   D. Those who contemplate or will need to make substantial changes in their living situation upon their release because of such factors as:

      - A need to begin a new career or occupation because their crime was associated with their employment, or

      - Someone wishing to relocate to the Portland area because of risks associated with their previous community.

   E. Those who have conflicting emotions to sort out in order to put their experiences into perspective before parting from institutional life.

   F. Those who need to work on family problems before their release, such as marriage problems or in-depth therapy with parents or children. If long term

help in these areas is appropriate, they will be referred to community resources.

G. Those who had difficulty in coping with incarceration and need and can use help in analyzing their feelings about this experience as part of their lives. They may be depressed and/or suffer decreased self-esteem as the result of the prison experience.

H. Those who are motivated to work on factors that led them to commit crimes.