UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-45 (EGS) |
| SHALOME ODOKARA, | ) ) | Sentencing Date: March 31, 2008 |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR
TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Defendant Shalome Odokara, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Ms. Odokara from Portland, Maine, to the next court date in the above captioned case, and to return her home at the conclusion of the hearing.

Ms. Odokara is represented by court-appointed counsel. Following her detention hearing, Ms. Odokara has resided in Portland, Maine on personal recognizance. There have been no reported violations of any condition of her pretrial release.

Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Ms. Odokara respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate her appearance in Court for

the sentencing on March 31, 2008 and her return to Portland, Maine after her appearance. The government did not oppose a previous motion for such expenses.

>
> Respectfully submitted,
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER
>
> _____/s/_____
> JONATHAN S. JEFFRESS
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W., Suite 550
> Washington, DC  20004
> (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal No. 06-45 (EGS) |
| **SHALOME ODOKARA,** | ) ) ) | |
| Defendant. | ) ) | |

# **ORDER**

Good cause having been shown, it is this         day of                           , 2008,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for airline

tickets for the defendant to and from the sentencing hearing scheduled for March 31, 2008.


BY THE COURT:

_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court Judge