UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>)<br>v.                                                         )<br>)<br>SHALOME ODOKARA,               )<br>          et al.                         )<br>          Defendants.             )<br>_____) | Criminal No. 06-45 (EGS)<br><br>**FILED**<br>MAR 17 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## AMENDED ORDER

Good cause having been shown, it is this 17th day of March, 2008,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the sentencing hearing scheduled for March 31, 2008.


**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          March 17, 2008

