1

FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

-1-

Date of transcription   11/21/2005

Investigation (FBI) reviewed Bank Fund-Staff Federal Credit Union (BFSFCU) bank statements from 04/18/2001 to 10/31/2001 for account #394140 belonging to WOMEN IN NEED (WIN), 12533 Stratford Garden Drive, Silver Spring, MD 20904, a non-profit organization incorporated by SHALOME ODOKARA. Following are observations made from the review:

It was noted that there were six transfers from ODOKARA's BFSFCU account #36110 as follows:

On 05/24/2001, there was a transfer for six thousand dollars($6,000)

On 06/11/2001, there was a transfer for eight thousand dollars ($8,000)

On 06/22/2001, there was a transfer for seven thousand five hundred dollars($7,500)

On 6/27/2001, there was a transfer for five hundred dollars ($500) and a transfer for six thousand dollars ($6,000)

On 07/09/2001, there was a transfer for ten thousand dollars ($10,000)

The dates of the above transfers coincide with the dates that World Bank Group funds were transferred from IBRD into ODOKARA's BFSFCU account #36110. Attached hereto is a spreadsheet of the analysis.

On 06/13 and 06/22/2001, two checks were made to the order of TRUST TRAVEL & TOURS INC totaling $6,898. The memo lines on the checks display handwritten annotations 'Nigerian Ticket Balance June 25,00' and 'Trip to Nigeria'.

Investigation on 11/21/2005 at Falls Church, VA

File # 196D-WF-22521 -52    Date dictated N/A

by SA Gretchen M. Pinillos

04626

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/28/2005

On 11/23/2005, SA Pinillos received from AUSA Jonathan Rosen a package containing subpoenaed documents from TransUnion, 2 Baldwin Place, 1510 Chester Pike, Crum Lynne, PA 19022. The documents received are copies of credit records for the following individuals: LAMINE M. DIENG, aka MOHAMADOU L. DIENG, MELINDA G. SANTIAGO, ROSITA K. VILLANUEVA, MENELINA V. VITAN, ANNAMMA S. PAIMPALIL, DIVINA A. LIRAG, ANJANA SRIRAM, and LUNINGNING L. PABLO.

The documents will maintained in a 1A envelope.

- 1 -

Investigation on  11/23/2005  at  Falls Church, VA

File #  196D-WF-225521-54                    Date dictated  N/A

by  SA Gretchen M. Pinillos

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

04627