2

394140 1

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

05/01/01 05/31/01
Mail Code 1
Branch 1

S1 ACCOUNT - MEMBERSHIP SAVINGS

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01 | Previous Balance | | | 19.00 |
| 05/18 | T'FER TO 394140S8 | 3.68 | | 15.32 |
| 05/31 | Closing Date...New Balance | | | 15.32 |

* * * * * * * * R A T E S U M M A R Y F O R S1 * * * * * * *

ALL BALANCES:
MAY01 2.000%

S8 ACCOUNT - CHECKING

SUMMARY

| | |
|---|---|
| Previous Balance as of 05/01/01....... | 539.14 |
| Total of 16 Checks for ............... | 5259.28 - |
| Total of 21 Other Debits for.......... | 1416.78 - |
| Total of 4 Deposits for .............. | 6950.00 + |
| Total of 2 Other Credits for ......... | 4.68 + |
| Ending Balance as of 05/31/01......... | 817.76 |
| Average Balance ...................... | 1172.32 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01 | Previous Balance | | | 539.14 |
| 05/02 | T'FER FROM 391930S8<br>ONLINE BANKING | | 250.00 | 789.14 |
| 05/02 | ATM WITHDRAWAL<br>15628 COLUMBIA BURTONSVLE MD<br>00000010 FCA6 May 2 @ 3:26pm | 101.50 | | 687.64 |
| 05/03 | ATM WITHDRAWAL<br>700 18TH STREET - C2 WASHINGTON DC<br>000000009799 BKF002 May 3 @ 10:25am | 100.00 | | 587.64 |
| 05/03 | CHECK # 1002 Trace#00146087*280469198 | 250.00 | | 337.64 |
| 05/05 | ATM PURCHASE<br>CALVERTON LIQUORS BELTSVILLE MD<br>115885 58519000 May 5 @ 4:13pm | 46.16 | | 291.48 |
| 05/07 | CHECK # 1003 Trace#00340311*230697009 | 125.00 | | 166.48 |
| 05/11 | BALANCE INQUIRY<br>BRIGGS CHANEY SILVER SPRIN GMD<br>008148 L6661X37 May 11 @ 8:41am | | | |
| 05/11 | NON-W/D ATM TRANS FEE | 0.75 | | 165.73 |
| 05/11 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>008149 L6661X37 May 11 @ 8:41am | 102.00 | | 63.73 |
| 05/15 | BALANCE INQUIRY<br>12601 OLD COLUMBIA SILVER SPRIN GMD<br>000000006219 CC1800 May 15 @ 3:53pm | | | |
| 05/15 | NON-W/D ATM TRANS FEE | 0.75 | | 62.98 |
| 05/17 | CHECK # 1005 Trace#00177907*260549698 | 25.16 | | 37.82 |
| 05/18 | T'FER FROM 394140S1 | | 3.68 | 41.50 |
| 05/18 | ATM WITHDRAWAL<br>1627 K STREET WASHINGTON DC | 41.50 | | 0.00 |

00224

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

394140 2

05/01/01 05/31/01
Mail Code 1
Branch 1

(continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 43014071 4301 May 18 @ 9:43am | | | |
| 05/18 | T'FER FROM 391930S8 ONLINE BANKING | | 600.00 | 600.00 |
| 05/22 | CHECK # 1008 Trace#00071752*270155858 | 389.83 | | 210.17 |
| 05/22 | CHECK # 1007 Trace#00627423*249021146 | 99.00 | | 111.17 |
| 05/22 | CHECK # 1010 Trace#00071751*270155857 | 49.00 | | 62.17 |
| 05/23 | BALANCE INQUIRY 700 18TH STREET NW 1ST WASHINGTON DC000000001777 BKF012 May 23 @ 10:04am | | | |
| 05/23 | ATM WITHDRAWAL 700 18TH STREET NW 1ST WASHINGTON DC000000001778 BKF012 May 23 @ 10:04am | 60.00 | | 2.17 |
| 05/23 | T'FER FROM 391930S8 ONLINE BANKING | | 100.00 | 102.17 |
| 05/23 | ATM WITHDRAWAL 1700 G STREET NW WASHINGTON DC 006640 DC001831 May 23 @ 12:29pm | 60.00 | | 42.17 |
| 05/24 | T'FER FROM 361110S8 ONLINE BANKING | | 6000.00 | 6042.17 |
| 05/24 | ATM PURCHASE 13811 OUTLET DR SILVER SPRIN GMD 055457 27114300 May 24 @ 3:24pm | 13.52 | | 6028.65 |
| 05/24 | ATM WITHDRAWAL BRIGGS CHANEY SILVER SPRIN GMD 000243 L6661X37 May 24 @ 3:26pm | 302.00 | | 5726.65 |
| 05/24 | ATM PURCHASE 13814 OUTLET DR SILVER SPRIN GMD 01755028 41150006 May 24 @ 3:53pm | 43.80 | | 5682.85 |
| 05/25 | ATM WITHDRAWAL 13880 OLD COLUMBIA SILVER SPRIN GMD 00005846 MD222038 May 25 @ 8:54am | 201.50 | | 5481.35 |
| 05/25 | ATM WITHDRAWAL 15628 COLUMBIA BURTONSVLE MD 00000119 FCA6 May 25 @ 12:48pm | 201.50 | | 5279.85 |
| 05/25 | ATM CASH WITHDRAWAL FEE | 0.75 | | 5279.10 |
| 05/25 | CHECK # 1011 Trace#00070239*250390465 | 35.00 | | 5244.10 |
| 05/27 | ATM WITHDRAWAL 12601 OLD COLUMBIA SILVER SPRIN GMD 000000006653 CC1800 May 27 @ 9:28am | 101.50 | | 5142.60 |
| 05/27 | ATM CASH WITHDRAWAL FEE | 0.75 | | 5141.85 |
| 05/29 | CHECK # 1012 Trace#00700886*210516567 | 3025.00 ✓ | | 2116.85 |
| 05/29 | CHECK # 1017 Trace#00700701*210516381 | 150.00 | | 1966.85 |
| 05/29 | CHECK # 1020 Trace#00625518*270072024 | 150.00 | | 1816.85 |
| 05/29 | CHECK # 1018 Trace#00590459*280256997 | 128.00 | | 1688.85 |
| 05/30 | CHECK # 1014 Trace#00277731*240131356 | 232.00 | | 1456.85 |
| 05/30 | CHECK # 1015 Trace#00163882*229008348 | 100.00 | | 1356.85 |
| 05/30 | CHECK # 1019 Trace#00168207*229012654 | 50.00 | | 1306.85 |
| 05/31 | ATM PURCHASE 13814 OUTLET DR SILVER SPRIN GMD 01762034 41150007 May 31 @ 9:08am | 38.80 | | 1268.05 |
| 05/31 | CHECK # 1021 Trace#00164364*270257098 | 241.29 | | 1026.76 |
| 05/31 | CHECK # 1016 Trace#00191568*280112599 | 210.00 | | 816.76 |
| 05/31 | DIVIDEND CREDIT Annual Percentage Yield Earned: 1.01% | | 1.00 | 817.76 |

394140 3

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

05/01/01 05/31/01
Mail Code 1
Branch 1

(continued)

* * * * * * * * R A T E S U M M A R Y F O R S8 * * * * * * *

ALL BALANCES:

MAY01 1.000%

Cleared Check Recap

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002 | 05/03 | 250.00 | 1011 | 05/25 | 35.00 | 1018 | 05/29 | 128.00 |
| 1003 | 05/07 | 125.00 | 1012 | 05/29 | 3025.00 | 1019 | 05/30 | 50.00 |
| *1005 | 05/17 | 25.16 | *1014 | 05/30 | 232.00 | 1020 | 05/29 | 150.00 |
| *1007 | 05/22 | 99.00 | 1015 | 05/30 | 100.00 | 1021 | 05/31 | 241.29 |
| 1008 | 05/22 | 389.83 | 1016 | 05/31 | 210.00 | | | |
| *1010 | 05/22 | 49.00 | 1017 | 05/29 | 150.00 | | | |

YEAR TO DATE DIV/INT

| | |
|---|---|
| S8 | 1.39 |
| Total | 1.39 |

394140 1

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

06/01/01 06/30/01
Mail Code 1
Branch 1

S1 ACCOUNT - MEMBERSHIP SAVINGS

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | Previous Balance | | 15.32 |
| 06/30 | DIVIDEND CREDIT | 0.09 | 15.41 |
| 06/30 | Annual Percentage Yield Earned: 2.01% | | |
| 06/30 | For the Period from 04/18 through 06/30. | | |
| 06/30 | Closing Date...New Balance | | 15.41 |

* * * * * * * * RATE SUMMARY FOR S1 * * * * * * *

ALL BALANCES:
JUN01 2.000%

S8 ACCOUNT - CHECKING

-----SUMMARY-----

| | |
|---|---|
| Previous Balance as of 06/01/01....... | 817.76 |
| Total of 22 Checks for ............... | 12949.47 - |
| Total of 19 Other Debits for.......... | 2212.23 - |
| Total of 4 Deposits for .............. | 22000.00 + |
| Total of 1 Other Credits for ......... | 2.69 + |
| Ending Balance as of 06/30/01......... | 7658.75 |
| Average Balance ...................... | 3269.99 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/01 | Previous Balance | | | 817.76 |
| 06/01 | CHECK # 1013 Trace#00258176*270704176 | 80.00 | | 737.76 |
| 06/02 | ATM PURCHASE<br>11114 BALTIMORE AVE BELTSVILLE MD<br>880386 27652765 Jun 2 @ 11:39am | 81.77 | | 655.99 |
| 06/04 | CHECK # 1023 Trace#00495550*220052911 | 43.48 | | 612.51 |
| 06/05 | CHECK # 1024 Trace#00211829*280275861 | 189.89 | | 422.62 |
| 06/06 | BALANCE INQUIRY<br>BRIGGS CHANEY SILVER SPRIN GMD<br>002321 L6662J27 Jun 6 @ 3:18pm | | | |
| 06/06 | NON-W/D ATM TRANS FEE | 0.75 | | 421.87 |
| 06/06 | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01768099 41150008 Jun 6 @ 3:33pm | 78.90 | | 342.97 |
| 06/06 | CHECK # 1006 Trace#00257604*270081402 | 8.50 | | 334.47 |
| 06/08 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>002533 L6662J27 Jun. 8 @ 3:26pm | 102.00 | | 232.47 |
| 06/11 | T'FER FROM 361110S8<br>ONLINE BANKING | | 8000.00 | 8232.47 |
| 06/12 | CHECK # 1022 Trace#00275382*270219391 | 40.00 | | 8192.47 |
| 06/13 | CHECK # 1102 Trace#00477309*249010806 | 4025.00 ✓ | | 4167.47 |
| 06/13 | CHECK # 1105 Trace#00455521*280482109 | 2000.00 ✓ | | 2167.47 |
| 06/13 | CHECK # 1025 Trace#00116863*210619032 | 33.51 | | 2133.96 |
| 06/14 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>003609 L6662J27 Jun 14 @ 3:24pm | 302.00 | | 1831.96 |

00227

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

06/01/01 06/30/01
Mail Code 1
Branch 1

(continued)

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 06/14 | CHECK # 1101 Trace#00451192*270120099 | 66.11 | | 1765.85 |
| 06/15 | CHECK # 1104 Trace#00118406*270198075 | 116.44 | | 1649.41 |
| 06/16 | ATM WITHDRAWAL<br>CLOVERLY SFWY CLOVERLY MD<br>000008 L6672J28 Jun 16 @ 1:26pm | 302.00 | | 1347.41 |
| 06/16 | ATM PURCHASE<br>15411 NEW HAMPSHIRE BCLOVERLY MD<br>01768006 15650004 Jun 16 @ 1:32pm | 33.19 | | 1314.22 |
| 06/19 | BALANCE INQUIRY<br>BRIGGS CHANEY SILVER SPRIN GMD<br>004440 L6662J27 Jun 19 @ 8:56am | | | |
| 06/19 | NON-W/D ATM TRANS FEE | 0.75 | | 1313.47 |
| 06/19 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>004441 L6662J27 Jun 19 @ 8:57am | 302.00 | | 1011.47 |
| 06/20 | CHECK # 1106 Trace#00144616*270109003 | 228.99 | | 782.48 |
| 06/20 | CHECK # 1109 Trace#00074554*250127409 | 72.16 | | 710.32 |
| 06/21 | ATM WITHDRAWAL<br>WHITE OAK SILVER SPRIN GMD<br>00037964 A702 Jun 21 @ 1:27pm | 301.50 | | 408.82 |
| 06/22 | T'FER FROM 361110S8<br>ONLINE BANKING | | 7500.00 | 7908.82 |
| 06/22 | CHECK # 1110 Trace#00214446*210313894 | 74.83 | | 7833.99 |
| 06/25 | CHECK # 1111 Trace#00085337*220169046 | 187.56 | | 7646.43 |
| 06/26 | CHECK # 1113 Trace#00497861*249009848 | 4898.00 ✓ | | 2748.43 |
| 06/27 | ATM WITHDRAWAL<br>CHERRY HILL BELTSVILLE MD<br>00056385 A700 Jun 27 @ 9:54am | 201.50 | | 2546.93 |
| 06/27 | ATM CASH WITHDRAWAL FEE | 0.75 | | 2546.18 |
| 06/27 | T'FER FROM 361110S8<br>ONLINE BANKING | | 500.00 | 3046.18 |
| 06/27 | T'FER FROM 361110S8<br>ONLINE BANKING | | 6000.00 | 9046.18 |
| 06/27 | CHECK # 1116 Trace#00455253*249023422 | 215.00 | | 8831.18 |
| 06/27 | CHECK # 1114 Trace#00156911*280249886 | 100.00 | | 8731.18 |
| 06/27 | CHECK # 1115 Trace#00452132*230351344 | 100.00 | | 8631.18 |
| 06/28 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>005902 L6662J27 Jun 28 @ 2:33pm | 302.00 | | 8329.18 |
| 06/28 | ATM CASH WITHDRAWAL FEE | 0.75 | | 8328.43 |
| 06/28 | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01790076 41150009 Jun 28 @ 3:04pm | 100.12 | | 8228.31 |
| 06/28 | CHECK # 1119 Trace#00229575*210240769 | 150.00 | | 8078.31 |
| 06/28 | CHECK # 1117 Trace#00088492*280127885 | 120.00 | | 7958.31 |
| 06/28 | CHECK # 1107 Trace#00239200*210253789 | 100.00 | | 7858.31 |
| 06/28 | CHECK # 1118 Trace#00217950*210199274 | 100.00 | | 7758.31 |
| 06/29 | ATM WITHDRAWAL<br>15622 OLD COLUM BURTONSVILLE MD<br>005004 00025915 Jun 29 @ 1:48pm | 101.50 | | 7656.81 |
| 06/29 | ATM CASH WITHDRAWAL FEE | 0.75 | | 7656.06 |
| 06/30 | DIVIDEND CREDIT | | 2.69 | 7658.75 |
| 06/30 | Annual Percentage Yield Earned: 1.01% | | | |
| 06/30 | For the Period from 06/01 through 06/30. | | | |

394140 3

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

06/01/01 06/30/01
Mail Code 1
Branch 1

(continued)

* * * * * * * * R A T E S U M M A R Y F O R S8 * * * * * * *

ALL BALANCES:
JUN01 1.000%

Cleared Check Recap

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1006 | 06/06 | 8.50 | *1104 | 06/15 | 116.44 | 1114 | 06/27 | 100.00 |
| *1013 | 06/01 | 80.00 | 1105 | 06/13 | 2000.00 | 1115 | 06/27 | 100.00 |
| *1022 | 06/12 | 40.00 | 1106 | 06/20 | 228.99 | 1116 | 06/27 | 215.00 |
| 1023 | 06/04 | 43.48 | 1107 | 06/28 | 100.00 | 1117 | 06/28 | 120.00 |
| 1024 | 06/05 | 189.89 | *1109 | 06/20 | 72.16 | 1118 | 06/28 | 100.00 |
| 1025 | 06/13 | 33.51 | 1110 | 06/22 | 74.83 | 1119 | 06/28 | 150.00 |
| *1101 | 06/14 | 66.11 | 1111 | 06/25 | 187.56 | | | |
| 1102 | 06/13 | 4025.00 | *1113 | 06/26 | 4898.00 | | | |

YEAR TO DATE DIV/INT

| | |
|---|---|
| S1 | 0.09 |
| S8 | 4.08 |
| Total | 4.17 |

00229

394140 1

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

07/01/01 07/31/01
Mail Code 1
Branch 1

S1 ACCOUNT - MEMBERSHIP SAVINGS

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/01 | Previous Balance | | 15.41 |
| 07/31 | Closing Date...New Balance | | 15.41 |

* * * * * * * * R A T E S U M M A R Y F O R S1 * * * * * * *

ALL BALANCES:
JUL01 2.000%

S8 ACCOUNT - CHECKING

-----SUMMARY-----

| | |
|---|---|
| Previous Balance as of 07/01/01....... | 7658.75 |
| Total of 18 Checks for ............... | 8037.18 - |
| Total of 17 Other Debits for.......... | 9596.57 - |
| Total of 1 Deposit for ............... | 10000.00 + |
| Total of 1 Other Credits for ......... | 1.44 + |
| Ending Balance as of 07/31/01......... | 26.44 |
| Average Balance ...................... | 1699.15 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/01 | Previous Balance | | 7658.75 |
| 07/02 | ATM WITHDRAWAL<br>15628 COLUMBIA BURTONSVLE MD<br>00000323 FCA6 Jul 2 @ 9:51am | 201.75 | 7457.00 |
| 07/02 | CHECK # 1112 Trace#00300828*270359357 | 300.00 | 7157.00 |
| 07/02 | CHECK # 1121 Trace#00313109*280509042 | 180.53 | 6976.47 |
| 07/03 | CHECK # 1123 Trace#00092071*229042846 | 1564.00 ✓ | 5412.47 |
| 07/03 | ATM WITHDRAWAL<br>CHERRY HILL BELTSVILLE MD<br>00056682 A700 Jul 3 @ 5:54pm | 201.50 | 5210.97 |
| 07/05 | ATM WITHDRAWAL<br>15628 COLUMBIA BURTONSVLE MD<br>00000006 FCA6 Jul 5 @ 2:45pm | 201.75 | 5009.22 |
| 07/05 | CHECK # 1122 Trace#00276937*270258392 | 395.00 | 4614.22 |
| 07/06 | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>007277 L6662J27 Jul 6 @ 10:00am | 502.00 | 4112.22 |
| 07/06 | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01798046 41150009 Jul 6 @ 10:16am | 93.01 | 4019.21 |
| 07/06 | ATM PURCHASE<br>13839 OUTLET DR SILVER SPRIN MD<br>333713 09016801 Jul 6 @ 11:22am | 57.75 | 3961.46 |
| 07/06 | ATM PURCHASE<br>11160 VIERS MILL SILVER SPRIN GMD<br>000397 LYK29429 Jul 6 @ 3:59pm | 57.74 | 3903.72 |
| 07/07 | ATM WITHDRAWAL<br>11160 VIERS MILL RD WHEATON MD<br>042513 00031807 Jul 7 @ 10:26am | 201.00 | 3702.72 |
| 07/08 | ATM WITHDRAWAL | 302.00 | 3400.72 |

Case 1:06-cr-00045-EGS Document 36-3 Filed 03/21/2008 Page 9 of 12

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

07/01/01 07/31/01
Mail Code 1
Branch 1

(continued)

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | LAUREL CENTRE LAUREL MD | | | |
| | 00000087 LCM2 L Jul 8 @ 12:18pm | | | |
| 07/08 | ATM CASH WITHDRAWAL FEE | 0.75 | | 3399.97 |
| 07/08 | ATM PURCHASE | 215.20 | | 3184.77 |
| | BALTIMORE WASHNGTN BLV DLAUREL MD | | | |
| | 12345602 1099 00103267 Jul 8 @ 12:36p | | | |
| 07/09 | T'FER FROM 361110S8 | | 10000.00 | 13184.77 |
| | ONLINE BANKING | | | |
| 07/09 | CASH WITHDRAWAL | 6500.00 | | 6684.77 |
| 07/09 | ATM WITHDRAWAL | 500.00 | | 6184.77 |
| | 700 18TH ST NW - LOBBY WASHINGTON | | | |
| | DC000000009767 BKF001 Jul 9 @ | | | |
| | 12:39pm | | | |
| 07/09 | CHECK # 1125 Trace#00248103*280507394 | 527.72 | | 5657.05 |
| 07/09 | CHECK # 1030 Trace#00573113*250114982 | 294.93 | | 5362.12 |
| 07/10 | ATM WITHDRAWAL | 502.00 | | 4860.12 |
| | BRIGGS CHANEY SILVER SPRIN GMD | | | |
| | 007972 L6662J27 Jul 10 @ 10:13am | | | |
| 07/10 | ATM CASH WITHDRAWAL FEE | 0.75 | | 4859.37 |
| 07/10 | ATM PURCHASE | 38.41 | | 4820.96 |
| | 13811 OUTLET DR SILVER SPRIN GMD | | | |
| | 041006 27114300 Jul 10 @ 11:23am | | | |
| 07/10 | ATM PURCHASE | 20.96 | | 4800.00 |
| | 116 UNIVERSITY BLVD SILVER SPRIN | | | |
| | GMD01790053 48170005 Jul 10 @ | | | |
| | 2:36pm | | | |
| 07/10 | CHECK # 1028 Trace#00639672*270754370 | 318.95 | | 4481.05 |
| 07/10 | CHECK # 1029 Trace#00496931*250425788 | 173.23 | | 4307.82 |
| 07/10 | CHECK # 1033 Trace#00643478*270763891 | 52.50 | | 4255.32 |
| 07/10 | CHECK # 1026 Trace#00515404*249021894 | 40.00 | | 4215.32 |
| 07/10 | CHECK # 1031 Trace#00505674*250475479 | 36.17 | | 4179.15 |
| 07/11 | CHECK # 1036 Trace#00499694*280263042 | 3000.00 | | 1179.15 |
| 07/11 | CHECK # 1032 Trace#00088892*230123515 | 298.80 | | 880.35 |
| 07/12 | CHECK # 1035 Trace#00116084*260564683 | 220.83 | | 659.52 |
| 07/12 | CHECK # 1040 Trace#00472855*280450216 | 200.00 | | 459.52 |
| 07/13 | CHECK # 1038 Trace#00189093*280087608 | 150.00 | | 309.52 |
| 07/16 | CHECK # 1037 Trace#00090529*220265112 | 204.52 | | 105.00 |
| 07/16 | CHECK # 1039 Trace#00224891*230586350 | 80.00 | | 25.00 |
| 07/31 | DIVIDEND CREDIT | | 1.44 | 26.44 |
| 07/31 | Annual Percentage Yield Earned: 1.00% | | | |
| 07/31 | For the Period from 07/01 through 07/31. | | | |

* * * * * * * * R A T E S U M M A R Y F O R S8 * * * * * * * *

ALL BALANCES:
JUL01 1.000%

Cleared Check Recap

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1026 | 07/10 | 40.00 | 1033 | 07/10 | 52.50 | 1040 | 07/12 | 200.00 |
| *1028 | 07/10 | 318.95 | *1035 | 07/12 | 220.83 | *1112 | 07/02 | 300.00 |
| 1029 | 07/10 | 173.23 | 1036 | 07/11 | 3000.00 | *1121 | 07/02 | 180.53 |
| 1030 | 07/09 | 294.93 | 1037 | 07/16 | 204.52 | 1122 | 07/05 | 395.00 |
| 1031 | 07/10 | 36.17 | 1038 | 07/13 | 150.00 | 1123 | 07/03 | 1564.00 |
| 1032 | 07/11 | 298.80 | 1039 | 07/16 | 80.00 | *1125 | 07/09 | 527.72 |



WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

07/01/01 07/31/01
Mail Code 1
Branch 1

(continued)

YEAR TO DATE DIV/INT

| | |
|---|---|
| S1 | 0.09 |
| S8 | 5.52 |
| Total | 5.61 |

394140 1

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

08/01/01 08/31/01
Mail Code 1
Branch 1

S1 ACCOUNT - MEMBERSHIP SAVINGS

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 15.41 |
| 08/30 | TRANSFER TOWARDS NEG BAL | 10.41 | | 5.00 |
| 08/31 | Closing Date...New Balance | | | 5.00 |

* * * * * * * * R A T E S U M M A R Y F O R S1 * * * * * * *

| | ALL BALANCES: |
|---|---|
| AUG01 | 2.000% |
| AUG02 | 1.750% |

S8 ACCOUNT - CHECKING

SUMMARY

| | |
|---|---|
| Previous Balance as of 08/01/01 | 26.44 |
| Total of 1 Checks for | 114.10 - |
| Total of 7 Other Debits for | 686.00 - |
| Total of 3 Deposits for | 3595.41 + |
| Total of 1 Other Credits for | 0.17 + |
| Ending Balance as of 08/31/01 | 2821.92 |
| Average Balance | 253.27 |

| Date | Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 08/01 | | Previous Balance | | | 26.44 |
| 08/01 | | BALANCE INQUIRY<br>BRIGGS CHANEY SILVER SPRIN GMD<br>001451 L6662J27 Aug 1 @ 10:56am | | | |
| 08/01 | | NON-W/D ATM TRANS FEE | 0.75 | | 25.69 |
| 08/01 | | T'FER FROM 361110S8<br>ONLINE BANKING | | 460.00 | 485.69 |
| 08/03 | | ATM WITHDRAWAL<br>15628 COLUMBIA BURTONSVLE MD<br>00000122 FCA6 Aug 3 @ 11:02am | 261.75 | | 223.94 |
| 08/07 | | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01830010 41150008 Aug 7 @ 9:56am | 28.11 | | 195.83 |
| 08/07 | | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01830033 41150009 Aug 7 @ 10:01am | 26.17 | | 169.66 |
| 08/07 | | CHECK # 1041 Trace#00510861*250443200 | 114.10 | | 55.56 |
| 08/11 | | ATM PURCHASE<br>13814 OUTLET DR SILVER SPRIN GMD<br>01834007 41150003 Aug 11 @ 1:31pm | 47.22 | | 8.34 |
| 08/29 | 08/28 | NSF CHECK RETURNED FEE # 1042 AMT 200. | 20.00 | | -11.66 |
| 08/30 | | TRANSFER TOWARDS NEG BAL | | 10.41 | -1.25 |
| 08/30 | | T'FER FROM 361110S8<br>ONLINE BANKING | | 3125.00 | 3123.75 |
| 08/30 | | ATM WITHDRAWAL<br>BRIGGS CHANEY SILVER SPRIN GMD<br>006124 L6662J27 Aug 30 @ 4:42pm | 302.00 | | 2821.75 |
| 08/31 | | DIVIDEND CREDIT | | 0.17 | 2821.92 |

00233

394140

WOMEN IN NEED, INC.
12533 STRATFORD GARDEN DRIVE
SILVER SPRING MD 20904

08/01/01 08/31/01
Mail Code 1
Branch 1

(continued)

08/31 Annual Percentage Yield Earned: 0.79%
08/31 For the Period from 08/01 through 08/31.

* * * * * * * * RATE SUMMARY FOR S8 * * * * * * *

| | ALL BALANCES: |
|---|---|
| AUG01 | 1.000% |
| AUG02 | 0.750% |

YEAR TO DATE DIV/INT

| | |
|---|---|
| S1 | 0.09 |
| S8 | 5.69 |
| Total | 5.78 |