3

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/24/2003

Roger McMillian, Security Officer, ALLFIRST Bank, Baltimore, Maryland, ▓▓▓▓▓▓▓▓▓▓, was contacted regarding a Suspicious Activity Report he had filed on the banking activities of Salone Odokara. McMillian voluntarily provided the following information and the attached summary of his investigation.

On May 4, 2001, Salome Odokara opened a business account (#970215900) in the name "Women In Need, Inc." PO Box 119, Burtonsville, Md. 20866-0119, and 12533 Stratford Garden Drive, Silver Spring, MD 20866, telephone numbers (301) 625-9868, and 301-622-5400. Additional information about this account is attached.

In summary, there were two large checks deposited into this account for a total of $101,167.00 and both of those checks were determined to be counterfeit. The first check for $41,315 written on the account of INMICROTIME, INC., 1218 N. Broad, New Orleans, LA and deposited on November 5, 2001. It was written on a Whitney Bank check and contact by McMilliam with Beverly of the Whitney Bank security office, 504-729-1322, revealed that the account had been closed for over a year at the time the check was written.

On November 6, 2001, Odokara wrote a check for $18,700 to DeKab Systems, Inc., however, because ALLFIRST had put a hold on the INMICROTIME check, the DeKab check didn't clear. Thus, ALLFIRST discovered the deposit was counterfeit before they suffered a loss. McMillian had no further information on INMICROTIME or DeKab.

The second deposit in the amount of $59,852 drawn on an account in the name Affiliated Business Solutions, Burlington, NJ, was made on December 31, 2001.

---

Investigation on    2/21/03    at Falls Church, VA    (telephonically)

File #  196D-WF-225521 — 10

by   SA Deborah C Martin                    Date dictated _____

04566

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

196D-WF-225521

Continuation of FD-302 of  Roger McMillian  , On 2/21/03  , Page  2

On January 3, 2002, Odokara began disbursing the money as follows:

| POST DATE | Check # | PAYEE | AMOUNT |
|---|---|---|---|
| 1/3/02 | 1021 | Salome Odokara | $2,000 |
| 1/4/02 | 1023 | Trust Travel & Tours, Inc | $4,288 returned NSF |
| 1/3/02 | 1024 | Stephem M. Uwazie MD DL# U20077771270 | $6,800 |
| 1/4/02 | 1026 | Cash | $11,180 |
| 1/4/02 | 1028 | Slalome Odokara | $8,000 |
| 1/4/02 | 1030 | Stephen M Uwazie (for "2 computers/printer) | $5,964 |
| 1/7/02 | 1032 | CATEL CORP for "project services" | $25,000 Not paid "uncollected" |
| 1/4/02 | "Official Check" | Ibrahim Oladotun "Office Rental" | $9,820 |
| 1/4/02 | "Official Check" | Riverview Terrace | $1,350 |

McMillian is in possession of the following original checks: counterfeit check in the amount of $59,852; check numbers: 1021, 1024, 1026, 1028, and 1032.

According to McMillian, the Official Checks were purchased with some of the cash Odokara received. After the $59,852 check was returned "Counterfeit", ALLFIRST suffered a net loss of $21,592.00. McMillian contacted Affiliated Business Solutions and was advised that they did not issue the check, the check used was not their check stock, and they had never had any dealings with Women in Need. The points of contact at Affiliated Business were Tony Hughes, ████████████, and Patti, ████████████.

04567

FD-302a (Rev. 10-6-95)

196D-WF-225521

Continuation of FD-302 of ___Roger McMillian_____ , On _2/21/03_____ , Page ___3___

  McMillian spoke with Odokara about the $59,852 deposit being counterfeit, and she said she would replace the money but never did.  He reached her on her business phone of 301-622-5400 and may have talked to her last on January 25, 2002. On one occasion when he called the work number he spoke with a Chimezie Jackson.  McMillian also had notes reflecting that Uwazi was from South Africa, had a date of birth of ▆▆▆▆▆▆▆▆▆▆▆▆ and telephone number ▆▆▆▆▆▆▆▆▆.

04568

 **allfirst**

# Fax Transmittal

| To: | Agent Deborah Martin | From: | Roger McMillian |
|---|---|---|---|
| Company: | FBI | Date: | February 21, 2003 |
| Fax Number: | 703-506-8552 | No. of pages: | 20 |
| | | Sender's tel no. | 410-949-3181 |
| | | Sender's fax no.: | 410-949-3180 |

**Comments:**

This communication contains information which may be confidential and proprietary. You may not use, disseminate, distribute or copy all or any part of this communication without the express consent of Allfirst Bank, Allfirst Financial Inc. or their respective subsidiaries or affiliates. In addition, if you are not the addressee (or are authorized to receive this information by the addressee), you are not authorized to receive or review the contents of this communication. If you have received this communication in error, please return it to Allfirst Bank at P. O. Box 1596, Baltimore, MD 21203 and delete any copy of this communication from your systems. Thank you.

04569

 **allfirst**

Roger McMillian 101-160
PO Box 1596
Baltimore Md 21203
(410) 949-3181

February 21, 2003

Agent Deborah Martin
VIA FAX 703-506-8552

Dear Agent Martin:

On May 4, 2001, Salone Odokara opened business account #970215900, Women In Need INC., at our branch in Silver Spring MD, using the mailing address of PO Box 119, Burtonsville MD 20866-0119, and address of 12533 Stratford Garden Drive, Silver Spring MD 20866, telephone numbers (301) 625-9868 and (301) 622-5400, Maryland D/L O-326-758-632-866. She was listed as the President of the organization. She provided copies of Maryland Articles of Incorporation dated 2/28/97. Odokara was listed as the resident agent and used the address of 3317 Sir Thomas Drive #23, Silver Spring MD 20904 on that document. The account had limited activity until on 11/5/01 a deposit was made which consisted of a $41,315.00 check drawn on the account of INMICROTIME, INC., 1218 N Broad, New Orleans LA 70119, check #1041, dated 10/23/01, drawn on Whitney National Bank, with the notation "Charity Donation". Based on this deposit check #1017 for $18,700.00, drawn on the Allfirst Women in Need, INC account, payable to DeKab Systems, Inc, (Computer Systems) was presented for payment on 11/6/02 and returned not paid "Uncollected". The account number on the back of the account appears to be 108-43-036-80 and cleared through Chevy Chase Bank in Laurel MD. On 11/8/01 the $41,315.00 deposited check was return "Account Closed". I spoke to a Beverly in Security with Whitney Bank (504) 729-1322, who advised the account had been closed for over a year.

On 12/31/01 a deposit was made to the account at our branch in Silver Spring MD which consisted of check #1017451 for $59,852.00, drawn on the account of Affiliated Business Solutions, INC, of Burlington NJ. Based on this deposit checks were paid or cashed including:

| Check # | Amount | Payee | Negotiated |
|---------|--------|-------|------------|
| 1021 | $2,000 | Salome Odokara | Deposited to Odokara's Personal Acct. at Allfirst |
| 1023 | $4,288 | Trust Travel & Tours Inc | Deposited at SunTrust Returned NSF |

04570

| 1024 | $6,800 | Stephen M. Uwazie | Cashed at Allfirst in Wheaton MD, D/L U200777571270 |
| 1026 | $11,190 | Cash | Cashed by Odokara at Allfirst Silver Spring MD 1/4/02 MD D/L O326758632866 |
| 1028 | $8,000 | Salone Odokara | Cashed at Allfirst in Silver Spring MD 1/4/02. |
| 1030 | $5,964 | Stephen M. Uwazi | Cashed at Allfirst in Greenbelt MD 1/4/02 |
| 1032 | $25,000 | Cater Corp. | Deposited at First Union Not Paid-Uncollected |

***I'll mention this in case it comes up. I have another case where a counterfeit Allfirst check for $44,604.00, payable to Catering ET/AL, also cleared through First Union but I could never get any further information on it from First Union. In another case I had involved in a stolen forged check for $20,000, payable to Catering AT AL, that cleared through the Allfirst Acct. of the Onyx Group. A Davis U. Ebo was associated with that account. A Chijioke O. Ebo also came up in the investigation. Possible connection?????

The $59,852.00 deposited check was returned "Counterfeit". Contacts at Affiliated Business Solutions are Tony Hughes, 609-239-6361 and Pattie 609-387-8700.

Odokara purchased two official checks with some of the cash she received. One was for $9,820.00, payable to Ibrahim Oladotun (Office Rent) and one for $1,350 payable to Riverview Terrace. We were able to place stop payments on these checks without a legal dispute and recovered these funds. We were able to recover some other monies that left us with a net loss of $21,592.60.

In my conversations with Odokara she advised that she received these checks from "consultants" who received a 10% commission for contributions solicited. She claimed that she received the bogus checks from "consultants" that she did not mention by name and did not know the checks were bogus.

Sincerely,

Roger McMillian
Corporate Security
(410) 949-3181
Our File 02-049

# Suspicious Activity Report

| | | |
|---|---|---|
| FRB: | FR 2230 | OMB No. 7100-0212 |
| FDIC: | 8710/06 | OMB No. 3064-0077 |
| OCC: | 8010-9,8010-1 | OMB No. 1557-0180 |
| OTS: | 1601 | OMB No. 1550-0003 |
| NCUA: | 2362 | OMB No. 3133-0094 |
| TREASURY: | TD F 90-22.47 | OMB No. 1506-0001 |
| | Revised June 2000. (This revision supersedes all others) | |

**ALWAYS COMPLETE ENTIRE REPORT**
(see instructions)

† Check box below only if correcting a prior report.
☐ Corrects Prior Report (see instruction #3 under "How to Make a Report")

## Part I    Reporting Financial Institution Information

**2. Name of Financial Institution**
Allfirst Bank

**3. EIN**
5Z-0312840

**4. Address of Financial Institution**
25 South Charles Street

**5. Primary Federal Regulator**
a. ☒ Federal Reserve  d. ☐ OCC
b. ☐ FDIC              e. ☐ OTS
c. ☐ NCUA

**6. City** Baltimore,   **7. State** MD   **8. Zip Code** 2 2 0 1

**9. Address of Branch Office(s) where activity occurred**
12200 Tech Road
☐ Multiple Branches (include information in narrative, Part V)

**10. City** Silver Spring   **11. State** MD   **12. Zip Code** 2 0 9 0 4

**13. If institution closed, date closed** MM DD YYYY

**14. Account number(s) affected, if any**
a. 970215800   Closed?  ☐ Yes ☒ No
b. _____   Closed?  ☐ Yes ☐ No
c. _____   Closed?  ☐ Yes ☐ No
d. _____   Closed?  ☐ Yes ☐ No

## Part II    Suspect Information

**15. Last Name or Name of Entity**
Okhara

☐ Suspect Information Unavailable

**16. First Name**
Salone

**17. Middle**
N

**18. Address**
▓▓▓▓▓▓▓▓

**20. City** ▓▓▓▓   **21. State** ▓▓   **22. Zip Code** ▓▓▓▓▓

**19. SSN, EIN or TIN** ▓▓▓▓

**23. Country** USA

**24. Phone Number – Residence (include area code)**
( ▓▓▓ ) ▓▓▓▓▓▓

**25. Phone Number – Work (include area code)**
( 301 ) 622-5400

**26. Occupation/Type of Business**
Charity

**27. Date of Birth** MM DD YYYY ▓▓▓▓▓

**28. Admission/Confession?**
a. ☐ Yes   b. ☒ No

**29. Forms of Identification for Suspect:**
a. ☒ Driver's License/State ID   b. ☐ Passport   c. ☐ Alien Registration   d. ☐ Other
Number  0-326-758-632-666
Issuing Authority  Maryland

**30. Relationship to Financial Institution:**
a. ☐ Accountant   d. ☐ Attorney   g. ☒ Customer   j. ☐ Officer
b. ☐ Agent        e. ☐ Borrower   h. ☐ Director   k. ☐ Shareholder
c. ☐ Appraiser    f. ☐ Broker     i. ☐ Employee   l. ☐ Other

**31. Is the relationship an insider relationship?**  a. ☐ Yes  b. ☒ No
If Yes specify:  c. ☐ Still employed at financial institution   e. ☐ Terminated
d. ☐ Suspended   f. ☐ Resigned

**32. Date of Suspension, Termination, Resignation** MM DD YYYY

04572

## Part V   Suspicious Activity Information Explanation/Description

**Explanation/description of known or suspected violation of law or suspicious activity.**

This section of the report is critical. The care with which it is written may make the difference in whether or not the described conduct and its possible criminal nature are clearly understood. Provide below a chronological and complete account of the possible violation of law, including what is unusual, irregular or suspicious about the transaction, using the following checklist as you prepare your account. If necessary, continue the narrative on a duplicate of this page.

a. Describe supporting documentation and retain for 5 years.
b. Explain who benefited, financially or otherwise, from the transaction; how much, and how.
c. Retain any confession, admission, or explanation of the transaction provided by the suspect and indicate to whom and when it was given.
d. Retain any confession, admission, or explanation of the transaction provided by any other person and indicate to whom and when it was given.
e. Retain any evidence of cover-up or evidence of an attempt to deceive federal or state examiners or others.

f. Indicate where the possible violation took place (e.g., main office, branch, other).
g. Indicate whether the possible violation is an isolated incident or relates to other transactions.
h. Indicate whether there is any related litigation; if so, specify.
i. Recommend any further investigation that might assist law enforcement authorities.
j. Indicate whether any information has been excluded from this report; if so, why?
k. If you are correcting a previously filed report, describe the changes that are being made.

For Bank Secrecy Act/Structuring/Money Laundering reports, include the following additional information:

l. Indicate whether currency and/or monetary instruments were involved. If so, provide the amount and/or description of the instrument (for example: bank draft, letter of credit, domestic or international money order, stocks, bonds, traveler's checks, wire transfers sent or received, cash, etc.).
m. Indicate any account number that may be involved or affected.

On May 4, 2001, Salone Odokara opened a commercial checking account in the name "Women in Need" under tax ID #52-2027892.  On 12/28/01 a deposit was made to this account which consisted of a $59,852.00 check drawn on the account of Affiliated Business Solutions, Inc., of Burlington NJ, drawn on Citibank Delaware.  Based on this deposit Odokara withdrew money from this account by cashing checks at our bank or writing checks to a Stephen M. Uwazie. It was later determined that the $59,852.00 check was counterfeit which resulted in a net loss of $34,456.00.  Odokara was contacted and claimed that she was in the charity business and that she paid "consultants" 10% for contributions they solicited. She stated that her organization was involved in assisting economically deprived women in the US.  She claims she was not aware that the deposited check was counterfeit. It is suspicious that the funds were paid out to her and Uwazie and did not appear to be used for charitable reasons and were for large sums of money. Odokara claims this is all a misunderstanding and that she will be making a deposit to cover the overdraft caused by the counterfeit check deposit.  On November 5, 2001 a $41,315.00 check drawn on the account of INMICROTIME, Inc., of New Orleans Louisiana was deposited and returned not paid, "Account Closed". There was no loss taken as a result of this deposit.  I am gathering more information for referral in law enforcement.

Documentation for this SAR includes copies of bank records relating to this fraudulent activity, bank records that would further identify the persons involved in this activity and bank surveillance photos of persons involved in depositing or withdrawal of money based on this fraudulent activity.

Paperwork Reduction Act Notice. The purpose of this form is to provide an effective and consistent means for financial institutions to notify appropriate law enforcement agencies of known or suspected criminal conduct or suspicious activities that take place at or were perpetrated against financial institutions. This report is required by law, pursuant to authority contained in the following statutes: Board of Governors of the Federal Reserve System: 12 U.S.C. 324, 334, 611a, 1844(b) and (c), 3105(c) (2) and 3106(a). Federal Deposit Insurance Corporation: 12 U.S.C. 93a, 1818, 1881-84, 3401-22. Office of the Comptroller of the Currency: 12 U.S.C. 93a, 1818, 1881-84, 3401-22. Office of Thrift Supervision: 12 U.S.C. 1463 and 1464. National Credit Union Administration: 12 U.S.C. 1786(q), 1785(s). Financial Crimes Enforcement Network: 31 U.S.C. 5318(g). Information collected on this report is confidential (5 U.S.C. 552(b)(7) and 552a(h)(2), and 31 U.S.C. 5319(g)). The Federal financial institutions regulatory agencies and the U.S. Departments of Justice and Treasury may use and share the information. Public reporting and recordkeeping burden for this information collection is estimated to average 30 minutes per response, and includes time to gather and maintain data in the required report, review the instructions, and complete the information collection. Send comments regarding this burden estimate, including suggestions for reducing the burden, to the Office of Management and Budget, Paperwork Reduction Project, Washington, DC 20503 and, depending on your primary Federal regulatory agency, to Secretary, Board of Governors of the Federal Reserve System, Washington, DC 20551; or Assistant Executive Secretary, Federal Deposit Insurance Corporation, Washington, DC 20429; or Legislative and Regulatory Analysis Division, Office of Thrift Supervision, Enforcement Office, Washington, DC 20552; or National Credit Union Administration, 1775 Duke Street, Alexandria, VA 22314; or Office of the Comptroller of the Currency, Washington, DC 20219; or Office of the Director, Financial Crimes Enforcement Network, Department of the Treasury, 2070 Chain Bridge Road, Vienna, VA 22182. The agencies may not conduct or sponsor, and an organization (or a person) is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

04573

## Part III — Suspicious Activity Information

33. Date or date range of suspicious activity
From 12 / 31 / 2001  To  1 / 30 / 2002

34. Total dollar amount involved in known or suspicious activity.
$ | | | | 5 9 8 5 2 .00

35. Summary characterization of suspicious activity:

a. ☐ Bank Secrecy Act/Structuring/ Money Laundering
b. ☐ Bribery/Gratuity
c. ☐ Check Fraud
d. ☐ Check Kiting
e. ☐ Commercial Loan Fraud

f. ☐ Computer Intrusion
g. ☐ Consumer Loan Fraud
h. ☒ Counterfeit Check
i. ☐ Counterfeit Credit/Debit Card
j. ☐ Counterfeit Instrument (other)
k. ☐ Credit Card Fraud

l. ☐ Debit Card Fraud
m. ☐ Defalcation/Embezzlement
n. ☐ False Statement
o. ☐ Misuse of Position or Self Dealing
p. ☐ Mortgage Loan Fraud
q. ☐ Mysterious Disappearance
r. ☐ Wire Transfer Fraud

s. ☐ Other _____
(type of activity)

36. Amount of loss prior to recovery. (if applicable)
$ | | | 3 4 5 6 .00

37. Dollar amount of recovery (if applicable)
$ | | | 1 6 7 0 .00

38. Has the suspicious activity had a material impact on, or otherwise affected, the financial soundness of the institution?
a. ☐ Yes   b. ☒ No

39. Has the institution's bonding company been notified?
a. ☐ Yes   b. ☒ No

40. Has any law enforcement agency already been advised by telephone, written communication, or otherwise?
a. ☐ DEA
b. ☐ FBI
c. ☐ IRS
d. ☐ Postal Inspection
e. ☐ Secret Service
f. ☐ U.S. Customs
g. ☐ Other Federal
h. ☐ State
i. ☐ Local
j. ☐ Agency Name (for g, h or i) _____

41. Name of person(s) contacted at Law Enforcement Agency

42. Phone Number (include area code)
(    )

43. Name of person(s) contacted at Law Enforcement Agency

44. Phone Number (include area code)
(    )

## Part IV — Contact for Assistance

45. Last Name
McMillian

46. First Name
Roger

47. Middle
R.

48. Title/Occupation
Asst. Vice President

49. Phone Number (include area code)
( 410 ) 347-6758

50. Date Prepared
2 / 20 / 02

51. Agency (if not filed by financial institution)



Posting Date        2001 Nov 05

Bank #              001

Research Seq #      60208419

Account #           970215900

Dollar Amount       $41,315.00

Check/Store #       0

DB/CR               CR



Posting Date      2001 Nov 05

Bank #            999

Research Seq #    60208420

Account #         712326065

Dollar Amount     $41,315.00

Check/Store #     1041

DB/CR             DB



**WOMEN IN NEED, INC.**
12333 STRATFORD GARDEN DRIVE
SILVER SPRING, MD 20904

7-11/520

1017

PAY. Eighteen thousand, Seven hundred ⁿᵒ/100 _____ DOLLARS

DeKab Systems, Inc.        Computer Systems        $ 18,700.00

allfirst   Allfirst Bank
Baltimore, MD 21201

Salome OdoKara

⑈0010 17⑈ ⑆052000 1 13⑆      970215900⑈      ⑈0001870000⑈



| | |
|---|---|
| Posting Date | 2001 Nov 06 |
| Bank # | 001 |
| Research Seq # | 12800595 |
| Account # | 970215900 |
| Dollar Amount | $18,700.00 |
| Check/Store # | 1017 |
| DB/CR | DB |

04578

```
0227

ALLFIRST BANK
P.O. BOX 1596
BALTIMORE, MD 21203

      WE ARE CHARGING YOUR CHECKING ACCOUNT
WITH THE FOLLOWING UNPAID ITEMS.

   REASON FOR NON-PAYMENT, IF GIVEN
BY THE DRAWEE BANKS, IS NOTED ON THE
CHECKS OR SLIPS ATTACHED THERETO:

WOMEN IN NEED
P O BOX 119
BURTONSVILLE          MD  20866-0119
```

```
 D   O/D  O/D  O/D  O/D  O/D  O/D  O/D  O/D  O/D  O/D  O/D
                                            PAGE   1 OF  1
                               ACCOUNT NUMBER:  9702-1599-0
                               RETURN CHECK DEBIT ADVICE  2
                                              DATE 01-07-02

              CHECK INFORMATION              CHECK AMOUNT

                                                59,852.00



              RETURN ITEM FEE                      6.50
                 T O T A L                     59,858.50
```



AFFILIATED BUSINESS SOLUTIONS, INC.
PAYROLL ACCOUNT
300 COMMERCE SQUARE BLVD.
BURLINGTON, NJ 08016

PAY TO THE ORDER OF ___ WOMEN IN NEED INC. ___

FIFTY-NINE THOUSAND EIGHT HUNDRED FIFTY-TWO AND 00/100 ___ DOLLARS

Citibank (Delaware)
ONE PENN'S WAY
NEW CASTLE, DE 19720

MEMO

$59,852.00

12/28/01

DO NOT REDEPOSIT

COUNTERFEIT

04579

PAY TO THE ORDER OF
ALLFIRST BANK
052000113
FOR DEPOSIT ONLY
WOMEN IN NEED, INC.
970215900



Posting Date       2002 Jan 03

Bank #             001

Research Seq #     32103419

Account #          970215900

Dollar Amount      $2,000.00

Check/Store #      1021

DB/CR              DB

04580





Posting Date        2002 Jan 04

Bank #              001

Research Seq #      12264751

Account #           970215900

Dollar Amount       $4,288.00

Check/Store #       1023

DB/CR               DB

04581





Posting Date       2002 Jan 03

Bank #             001

Research Seq #     38721212

Account #          970215900

Dollar Amount      $6,800.00

Check/Store #      1024

DB/CR              DB

04582



Posting Date     2002 Jan 04

Bank #           001

Research Seq #   32389086

Account #        970215900

Dollar Amount    $11,190.00

Check/Store #    1026

DB/CR            DB

04583

02/22/2003  14:56    4106132753                    ALLFIRST SECURITY
Case 1:06-cr-00045-EGS    Document 36-4    Filed 03/21/2008    Page 20 of 24    PAGE  16/20

Page 1 of 1





Posting Date        2002 Jan 04

Bank #              001

Research Seq #      32389085

Account #           970215900

Dollar Amount       $8,000.00

Check/Store #       1028

DB/CR               DB

04584



Posting Date     2002 Jan 04

Bank #     001

Research Seq #   38095510

Account #     970215900

Dollar Amount   $5,964.00

Check/Store #    1030

DB/CR     DB

04585



WOMEN IN NEED, INC.
12583 STRATFORD GARDEN DRIVE
SILVER SPRING, MD 20904

REMITTANCE ADVICE          7-11/520

1032

PAY *Twenty-five thousand no/100—*                    DOLLARS    CHECK AMOUNT

DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. |
CATEL CORP | Project Services | 1032 | $ 25,000.00

allfirst   Allfirst Bank
Baltimore, MD 21201

Salome Ocotjara

⑈⑈⑈001032⑈⑈ ⑈:052000113⑈: 970215900⑈        ⑈0002500000⑈

Posting Date      2002 Jan 07

Bank #            001

Research Seq #    14419363

Account #         970215900

Dollar Amount     $25,000.00

Check/Store #     1032

DB/CR             DB

04586

.../inquiry?CONTEXT=printlogging&ACTION=log&postingdate=01/08/2002

04587



Shabne N. Cothhar
301-622-5700

Warren In Need
P.O. Box 119
Burtonsville, MD 20866-0119
$ 21,811.60
52-202789 2

Sherry

