4

- 1 -

# FEDERAL BUREAU OF INVESTIGATION



Date of transcription  04/21/2004

John Mowiser, Security, Suntrust Bank, (404)827-6196, was contacted regarding Suspicious Activity Report #20032320005611, and voluntarily provided the following information:

On January 14, 2001, Shalome Odokara opened an account in the name of Women In Need, PO Box 119, Burtonsville, MD. The account was closed on May 2, 2002. On 3/6/02, Odokara deposited a counterfeit check, #6440, in the amount of $19,900 from the Huntington National Bank account held in the name of Donald Geese. The check was made payable to Women in Need and endorsed by Odokara.

Before it was determined that this check was counterfeit, Odokara wrote the following checks from her account:

3/11/02    Check #91 to cash for $7098.05, endorsed by Odokara

3/14/02    Check #93 to cash for $1508.00, endorsed by Odokara

3/14/02    Check #94 to herself for $2500.

Mowiser advised that there were no other large deposits into this account.

04591

| | | | |
|---|---|---|---|
| Investigation on | 4/20/04 | at Falls Church, VA | (telephonically) |
| File # | 196D-WF-224282 | Date dictated | n/a |
| by | SA Deborah C. Martin | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.