5

Case 1:06-cr-00045-EGS    Document 36-6    Filed 03/21/2008    Page 1 of 15

**Maine.gov** | Agencies | Online Services | Help
Page Tools ▼ GO
State Search: [ ] GO

## Multicultural Affairs
An Office of the Maine Department of Health and Human Services

Search OMA: [ ] Go
Site Map

DHHS home | Contact Us | About Us | Publications | Subject index | + A | - A
Wed 19 Mar 2008

**Resource Guide**
- Introduction to Immigration
- Arts/Media/Publishers
- Specialized Services for LEP Persons
- Community & Religious Organizations & Contacts
- Local Advocacy
- Diversity Coordinators in Business, Education, & Government
- Education
- Health Services
- Employment Services
- Interpreting Services & Referral Agencies
- National and International Advocacy
- Training
- Gay, Lesbian, Bisexual & Transgender Resources
- Legal Resources
- Native American

OMA Home > Multicultural Resources - Maine Agencies with Specialized Services for LEP Persons

# Multicultural Resources - Maine Agencies with Specialized Services for LEP Persons

**African Culture & Learning Center**
Contact Persons: Mohamed Abdi, President; Judy Carl, Deputy Executive Director
175 Lancaster Street, Suite 208D
Portland, Maine 04101
Phone: (207) 253-1956
Fax: (207) 253-1957
E-mail: chiefmoh@yahoo.com

The African Culture & Learning Center works to enhance, promote, and improve the self-reliance, dignity, and self-respect to Maine's diverse communities. It develops ways and means of bridging the gap between parents and their children, elders and the mainstream communities and provides life-long learning to the elderly people who are illiterate in their own language and others. It provides outreach to refugees and their families, information and referral to community resources, health promotion and connection to health services—including mental health services and lead poisoning prevention. The African Culture & Learning Center focuses on creating a support system for the elderly, isolated, and non-English speaking individuals. They provide elderly outreach, senior community trips, events, and support programs. They also provide educational programming, and teach and tutor children in their native languages, teach the Somali language to foreign students, and provide ESL and native literacy language classes. Additional services include referral to vocational training and employment opportunities, presentations on cultural and faith issues, and interpretation and translation in Arabic (Somali and Swahili).

**American Red Cross - International Social Services**
Contact Person: Fiona Fanning, E-mail: fanningf@usa.redcross.org
2401 Congress St .

**Resource Guide Appendix & Links**

Appendix A: National Origin Discrimination in Health and Human Services

Appendix B: National Origin Discrimination in the Work Place

Appendix C: National Origin Discrimination in Education

Appendix D: National Discrimination in Housing(HUD)

Appendix E: Glossary

Appendix F: Additional Internet Resources

Appendix G: MaineCare Reimbursement for Interpreters

Appendix G: MaineCare code of Ethics for Interpreters

Appendix H: Maine Judicial Branch Code of Ethics for Court Interpreters

Complete Resource Guide in Microsoft Word (854KB)

Complete Resource Guide in PDF (626KB)

Resource Guide Update Form

Maine Deaf Services Resource Guide

Non-Discrimination Notice

Portland, ME 04102
Phone: (207) 874-1192
TTY: (207) 780-8905
Fax: (207) 874-1976
Website: http://southernmaine.redcross.org

Armed conflict and natural disaster leave millions of people around the globe in urgent need of humanitarian assistance every year. Adding to the physical losses, the confusion and chaos surrounding war and natural disasters often separates families when they need each other most. Tragically, when families and loved ones are separated by war or disaster, their suffering is greater. But, through the strength of the Red Cross Movement and the work of tracing volunteers at national societies around the world, including the American Red Cross, families reconnect.

International Social Service s works with a global network of Red Cross, Red Crescent and equivalent societies around the world to help families separated by war, disaster or international conflict - locate each other, send communication and learn each other's fate. International Social Service s are free of charge and can be found at any Red Cross Chapter.

**Catholic Charities Maine**
Refugee and Immigration Services (RIS)
Program Director, Pierrot Rugaba

(Portland office)
250 Anderson Street
Portland, Maine 04101
Phone: (207) 879-1130
Fax: (207) 871-7465

(Lewiston office)
27 Pine Street
Lewiston, Maine
Phone: (207) 344-6615
Fax: (207) 344-6617

Website: www.ccmaine.org/refugee
E-mail: RIS@ccmaine.org

(Administrative office)
P.O. Box 10660
Portland, Maine 04104-6060
Phone: (207) 781-8550
1-800-781-8550
Fax: (207) 781-8560
Website: www.ccmaine.org
E-mail: Info@ccmaine.org

During the past 30 years, Catholic Charities Maine Refugee and Immigration Services (RIS) has resettled thousands of refugees from more than 25 countries. RIS is Maine's only active resettlement program, with contracts from the U.S. Departments of State and Health and Human

Services, the Maine Department of Health and Human Services. Resettlement through RIS serves as a refugee's final stop on his/her flight from political persecution. The purpose of RIS, therefore, is to enable refugees and other eligible immigrants residing in Maine to recover from migratory distress and realize economic and social self-sufficiency.

Services at RIS are grounded in the U.S. Immigration and Nationality Act of 1980. These include airport reception, bicultural and bilingual case management, cultural and employment orientations, employment placement, English language training, refugee elder services, mental health and social adjustment services, and interpretation and translation services. Refugee Cash and Medical Assistance benefits are available up to 8 months. These benefits are modeled on the State TANF/Mainecare formulas. Other social and support services are available to refugee clients during their first five years in the U.S.

RIS staff speak 12 languages, and the interpreter services project – RISInterpret – employs 60 interpreters covering more than 30 languages. RIS services (other than interpreter/translation services) are provided at RIS offices in Portland and Lewiston. All services are available to all refugees regardless of their national origin, race, religion, ethnicity, or other defining social characteristics.

See Also: Catholic Charities, Maine; RISinterpret;

**Catholic Charities Elder Refugee Services**
Contact: Judith Southworth, Elder Refugee Outreach Coordinator updated 6/14/06
250 Anderson St.
Portland, ME 04101
Phone: (207) 871-7437 ext. 5
Fax: (207) 871-7465
E-mail: jsouthworth@ccmaine.org,

The purpose of the program is to help refugees, aged 60 years +, gain access to services in the community which meet their needs in a way that is supportive of their overall well being. Also the program seeks to identify and address potential problems where support services may be culturally inappropriate, or where those services do not exist.

**Catholic Charities Maine / Refugee and Immigration Services**
Mental Health/Adjustment Case Manager
Contact: Susan Stiker; Judith Southworth, Elder Refugee Coordinator
250 Anderson St.
Portland, ME 04101
E-mail: jsouthworth@ccmaine.org, Phone: (207) 871-7437 ext. 8
E-mail: sstiker@CCMAINE.ORG, Phone: (207)

871-7437, x734

The purpose of the program is to help refugees, aged 60 years +, gain access to services in the community which meet their needs in a way that is supportive of their overall well being. Also the program seeks to identify and address potential problems where support services may be culturally inappropriate, or where those services do not exist.

For older refugees, there are a number of issues which make them particularly vulnerable. Broadly speaking these issues fall into three areas of concern: isolation, aging and illness, and barriers to meeting the requirements for naturalization which can lead to loss of Supplemental Security Income.

The objectives of the project are: to locate elderly refugees within the various refugee communities and conduct and document an assessment of the nature and level of their needs; to develop working relationships with state agencies, non-profits, community groups, and volunteers who currently provide both formal and informal services to the elderly; to arrange for in-service trainings about refugee communities to elder service agencies and other providers; to provide assistance to older refugees in accessing existing aging services, as well as fostering the development of culturally appropriate informal supportive services; to discover in what way older refugees can be assisted in obtaining naturalization, especially for those who have lost, or are at risk of losing, Supplemental Security Income and other Federal benefits.

**Child Care Connections**
Cumberland County Child Care Resource Development Center
Contact: Ghomri Rastampour, Multicultural Specialist, E-mail: grostampour@smaaa.org

**136 US Route One**
Scarborough, Maine 04074
Phone: 1-888-917-1100
(207) 396-6566
Fax: (207) 396-6581
Website: www.childcaremaine.org
Office Hours: Monday – Friday, 8:30 a.m. – 4:30 p.m.

Child Care Connections' mission is to continuously identify and respond to the child care needs in our region through education, advocacy and the creation of quality child care choices. The Child Care Resource Development Center (Child Care Connections) is a public/private partnership that provides services to parents/families, child care providers and employers within Cumberland County.

Services include:

- Child Care consumer information/education and referrals
- Opening a Child Care Business training/support
- Child Care provider training, education, technical assistance
- Providing information and services that help parents access child care subsidies/financial assistance
- Online referrals
- Community presentations/workshops on: local child care issues, building the supply of child care to meet multi-cultural needs and technical assistance to local business on child care issues and the multi-cultural workforce

**Community Counseling Center**
Refugee and Immigrant Children's Case Management
Contact: Molly McMahon
343 Forest Ave.
Portland, Me 04101
Phone: (207) 874-1030
TTY: (207) 874-1043
Fax: (207) 874-1044
Email: mmcmahon@commcc.org
Website: www.commcc.org

Community Counseling Center's Refugee and Immigrant Children's Case Management program works with children between the ages of 0 and 20 who may be identified with having emotional and/or behavioral difficulties due to transitions, trauma history, or adjustments and who are not receiving culturally relevant services. Services are designed to meet the individual's needs and may include connecting families to community supports, helping families understand and work with the school system, advocacy, as well as parenting and family support. Case management staff are multilingual (Swahili, Sudanese Arabic, Acholi, French, Lingala, Kinyarwanda, Kirundi, Spanish and Kingazidja), and we will provide interpreters to work with families whose language is not represented on our team.

Community Counseling Center (CCC) is a non-profit agency providing a variety of mental health and family services including counseling and case management to persons living or working in Cumberland County. Fees are charged in relation to family size and income; however, no one is denied service because of an inability to pay. Services are provided to refugees, immigrants, and their families in all agency programs. In addition to programs already offered to Hispanic

communities, CCC has specialty outpatient mental health and case management services to families and
individuals who are deaf, hard of hearing, deaf-blind, and late deafened throughout the state. For CCC's specialty services for gay, lesbian, bisexual and transgendered individuals and their families, along with the Speakout Project,
(See Also: Maine Speakout Project; Gay, Lesbian, BisexualL and Transgendered Section Of This Guide)

**Family Crisis Services**
P.O. Box 704
Portland, ME 04104-0704
Phone: Administrative Offices – (207) 767-4952
Hotline – (207) 874-1973, 1-800-537-6066
Website: www.familycrisis.org

A private non-profit agency providing advocacy to victims of domestic violence. Written materials are translated into the predominant languages, and interpreters are provided

**Literacy Volunteers Offices**

**LV Androscoggin**
Tahlia Chamberlain, Director
60 Court Street
Auburn, ME 04210
207-333-6601 X1321
tahlia@literacyvolunteersandro.org
www.literacyvolunteersandro.org

**Literacy Volunteers of Aroostook County**
Jo-Ellen Kelley, Executive Director
P.O Box 522
Limestone, ME 04570
207.325.3490
Hours of Operation
To arrange a meeting or for further information, contact the office directly at 207.325.3490. Answering machine available.
Upcoming Trainings
Visit http://kieweb.com/lvac.htm

**Literacy Volunteers of Greater Augusta**
Gail E. Dyer, Coordinator
295 Water Street
Augusta, ME 04330
207.626.3440
207.626.7588 (fax)
info@lva-augusta.org
www.lva-augusta.org
Geography Served
Southern Kennebec County including Augusta, Gardiner, Winthrop, Hallowell, Monmouth, Farmingdale, Readfield, Manchester, Sidney, Windsor, China, Vassalboro, Whitefield, Jefferson, Chelsea, Randolph and beyond.
Services Offered
Tutors in Basic Literacy, ESOL and in collaboration with local adult education programs.

Hours of Operation
Monday through Thursday 9 am to 2 pm.
Answering machine available.

**Literacy Volunteers of Bangor**
Mary Marin Lyon, Executive Director
Candace Austin, Program Coordinator
200 Hogan Road
Bangor, Maine 04401
207.947.8451
lvbangor@utc.utc4.k12.me.us
www.lvbangor.org
Geography Served
Bangor, Brewer, Old Town, Orono, Hermon, Hampden, Levant, Glenburn, Veazie, Stillwater, Winterport, Etna, Newburgh, Carmel, Holden, Orrington, Eddington. (This represents about a 25 mile radius of Bangor.)
Services Offered
Basic Literacy, ESL, and Family Literacy
Hours of Operation
M - W, 8:30 - 5:00 p.m.

**Literacy Volunteers of Franklin & Somerset Counties**
Joan Moes, Coordinator
108 Fairbanks Road
Farmington, ME 04938
207.778.3460 or 207.628.5451
literacyvolunteers@fcae.msad9.k12.me.us
Geography Served
Franklin County: Avon, Carrabassett, Carthage, Chesterville, Eustis, Farmington, Industry, Jay, Kingfield, Madrid, New Sharon, New Vineyard, Phillips, Rangely, Strong, Temple, Weld, Wilton, Livermore Falls
Somerset County: Anson, Athens, Bingham, Canaan, Caratunk, Cornville, Embden, Hartland, Madison, Mercer, Moscow, Mount Vernon, New Portland, Norridgewock, North Anson, Skowhegan, Smithfield, Solon, St. Albans, Starks, Vienna

**Literacy Volunteers of Mid-Coast Maine**
Beth A. Gifford, Program Director
28 Lincoln St.
Rockland Maine 04841-2940
(207) 594-5154
bgifford@midcoast.com
Geography Served
Our service area includes Knox county and the surrounding area. We have learners from the southern tip of Lincolnville to the northern part of Waldoboro.
Services Offered
We provide assistance with reading, writing and related literacy skills from basic literacy up to and including preparation for college. It is an easy transition from basic learner to Adult Basic Education level and onto skills upgrade and GED or High School Diploma.
Hours of Operation
Monday 8 - 4, Tuesday - Thursday 8 - 8, Friday 8 -

12

**Literacy Volunteers - Moosehead Region**
Bette DiAngelo, Coordinator
P.O. Box 392
Greenville Junction, ME 04442
207.695.4619
207.695.4570
bjdiangelo@yahoo.com

**Greater Saco-Biddeford Affiliate**
Katherine Kilrain del Rio, Executive Director
PO Box 467
Saco, ME 04072
207.283.2954
lvasaco@gwi.net
www.sacoliteracy.com
Geography Served
Saco, Biddeford, Old Orchard Beach, Kennebunks, Wells, Buxton, Hollis, Limington, Standish, Waterboro, Gorham
Services Offered
Basic Literacy, ESOL, Adult Ed. class support
Hours of Operation
Mondays 8 - 4, Tuesday 8 - 4, Thursdays 8-12 and by appointment
Upcoming Trainings
www.sacoliteracy.com/events.htm

**Literacy Volunteers of Greater Sanford**
Amy Safford, Executive Director
883 Main Street, Suite 4
Sanford ME 04073
207.324.2486
lvgs@metrocast.net
www.sanfordliteracy.org
Geography Served
The Greater Sanford area, which encompasses the towns of Acton, Alfred, the Berwicks, Sanford, Springvale, Shapleigh and the southern portion of York County.
Services Offered
ESOL, Basic Literacy
Hours of Operation
Monday - Thursday: 9 am to 4 pm
Friday: by appt.

**Tri-County Literacy**
Darlene Marciniak, Executive Director
dmarciniak@tricountyliteracy.org
Adult Literacy Programs
literacyvolunteers@tricountyliteracy.org
Carolyn Hall, Program Coordinator,
Read With Me Family Literacy Program
readwithme@tricountyliteracy.org
2 Sheridan Road
Bath, ME 04530
207.443.6384
1.877.885.7441 (toll free)
www.tricountyliteracy.org
Geography Served
Alna, Arrowsic, Bath, Boothbay, Boothbay Harbor,

Bowdoin, Bowdoinham, Bremen, Bristol, Brunswick, Damariscotta, Dresden, Edgecomb, Freeport, Georgetown, Harpswell, Jefferson, Monhegan Plantation, Newcastle, Nobleboro, Phippsburg, Richmond, Somerville, South Bristol, Southport, Topsham, Waldoboro, West Bath, Westport, Whitefield, Wiscasset and Woolwich.
Services Offered
ESOL, Basic Literacy, Family Literacy, Developmentally Disabled Reading Groups, Fun With Words at the local Homeless Shelter, Read With Me Family Literacy Project offered through local Head Start programs and Bath elementary schools.
Hours of Operation
8:30 am - 4:30 pm Monday - Friday, or by appointment

**Literacy Volunteers of Waldo County**
Barbara Parker, Program Coordinator
9 Field Street, Room 222
Belfast, ME 04915
207.338.2843 (Belfast area)
800.331.3350 (toll free outside Belfast)
waldolva@acadia.net
home.acadia.net/userpages/waldolva/

**Waterville Area**
**Literacy Volunteers - Waterville**
P O Box 1645
107 Kennedy Memorial Drive
Waterville, ME 04901
(207) 873-7786
lvwaterville@yahoo.com
www.lvwaterville.org
Geography Served
Northern Kennebec and Southern Somerset Counties, including the communities of Smithfield, Oakland, Waterville, Winslow, Albion, Unity, China, South China, Vassalboro, Fairfield, Benton, Clinton, Sidney and Belgrade.
Services Offered
The Waterville Affiliate offers primarily Basic Literacy services, with some ESOL. We also provide tutor training and adult literacy workshops.
Office Hours
Tuesday & Friday: 9:30 am to 12:30 pm
Wednesday: 9:30 am to 1:30 pm

**Literacy Volunteers of Greater Portland**
Phyllis de Fano, Executive Director
Mailing Address:
P.O. Box 8585
Portland, ME 04104
Street Address:
142 High Street, Suite 514 - Portland, ME 04101
Phone: 207-780-1352
E-Mail: lvportland@gwi.net
Office Hours:
Monday 9-5, Tuesday 1-5, Thursday 9-12, Friday 9-5, Or by appointment

**Preble Street**
Contact: Malia Haddock, Multicultural Caseworker
P.O. Box 1459,
Portland, ME 04104
Street address: 5 Portland St., Portland
Phone: Administration – (207) 775-0026
Front Desk – (207) 874-6560
Fax: (207) 842-3614
Website: http://www.preblestreet.org/

A private non-profit agency providing comprehensive services, including a soup kitchen, day shelter, teen center, supported housing, overnight emergency shelter for youth, casework services, and general advocacy for homeless and low-income people. Every attempt is made to link limited English proficient people with appropriate services and to advocate on the LEP client's behalf for culturally and linguistically appropriate services. There is TTY access for clients and there is on-going staff training in general diversity and culturally specific needs.

At the Resource Center (the adult site) a Multicultural Caseworker provides bilingual case management and serves as the agency point-person for multicultural issues, collaboration, and information.

The Food Pantry (Thursdays 1:00-3:00pm, located at the corner of Preble and Oxford Streets in Portland) has developed strategies to meet the needs of ethnic minorities seeking food assistance to seek feedback from immigrant and LEP communities.

**PROP – (Portland Regional Opportunity Program)**
Grant Lee, Executive Director
510 Cumberland Avenue
Portland, Maine 04101
Phone: (207) 874-1140
TTY: (207) 874-1013
Fax: (207) 874-1155
Website: www.propeople.org

A private non-profit agency providing a wide range of services including:

- Resources and referrals (Contact: Vickey Doughty)
- Housing repairs, weatherization, and fuel assistance (Contact: Carla Churchill)
- Youth programs (Contact: Kaki Dimmock)
- WIC (Woman, Infants, and Children) - offering mothers nutritional education and foods for their children (Contact: Jill McPhail)
- Child Development: Head Start and childcare services (Contact: Kathleen

Sullivan)

Agency-wide attempts are made to provide language facilitation and culturally sensitive services for LEP children and their families. There are ongoing translations of important written materials, and staff receives general and specific cultural training. Contract with a 24-hour telephone interpreter service (Certified Languages International) to assure agency wide interpreters and telephone interpreter service availablility.

See Also: Presumpscot School HeadStart

**PROP – (Portland Regional Opportunity Program)**
Presumpscot School HeadStart
Contact: Megan Boothby, Coordinator, x344

**69 Presumpscot Street**
Portland, Maine 04103
Phone: Enrollment Office – (207) 874-1140, x305
Fax: (207) 874-1155
TTY: (207) 874-1013

The Presumpscot School Head Start program offers in collaboration with the Multilingual Program of the Portland Public schools offers morning and afternoon HeadStart programs for four year olds learning English as a second language (or children entering kindergarten the following year). Morning and afternoon sessions (9:30 a.m. – 1:00 p.m. and 1:00 p.m. – 4:30 p.m.) are available, 4 days a week (Monday-Thursday) for 44 weeks. Transportation is provided. Interested families can call enrollment office to get an application.

See Also: PROP

**Mano en Mano / Hispanic Family Resource Center**
Contact: Anais Tomeszko
Mailing address: P.O. Box 573, Milbridge, ME 04658
Street address: 6 N. Main St., Milbridge, ME 04658
Phone: (207) 546-3006
Fax: (207) 546-3066
E-mail: donaanais@yahoo.com

A center for language and culture in Washington/Hancock counties for Spanish speaking people. Offers free English as a Second Language classes; assists local educational, medical, and social service agencies to better serve migrant Hispanic populations. Also provides meeting space, interpretation, educational materials, and training in cultural issues for this population.

**City of Portland**
Refugee Services Program, Health & Human Services Division

Regina Phillips, Director

**Jannet Francisca**
Community Education Coordinator
Portland Police Department
109 Middle Street
Portland, ME 04101
(207) 874-8902
JEANETHF@portlandmaine.gov

Training to the minority populations (Somali, Sudanese, Hispanic, Asian..) about the Portland Police Department (PPD), some examples are:

- the role of the police department
- how the police can help
- how the police works with the communities in Portland, etc.
- how to contact the PPD.

Also provide the officers training and information on the major problems that the minorities are experiencing and how PPD can help them.

**196 Lancaster Street**
Portland, Maine 04101
Phone: (207) 775-7915
Fax: (207) 871-1320
E-mail: info@portlandmaine.gov
Website: www.portlandmaine.gov (Departments of Health and Human Services Social Services Refugee Services, or
http://www.portlandmaine.gov/hhs/ssrefugee.asp)

The City of Portland Refugee Services Program offers case management services, employment counseling and job development, life skills and cross-cultural skills training. They facilitate the monthly "Serving a Multicultural Community" workshop series. They are also available for customized workshops for social service providers, employers or other groups working with new Mainers. The Refugee Services Program is able to serve secondary migrants, asylees, individuals with asylum pending, and provide information and referrals for undocumented individuals and others who do not qualify for their services.

The City of Portland is a founding member of the New Mainers Partnership, a collaboration of agencies led by Catholic Charities of Maine that provide resettlement and relocation services to New Mainers. The New Mainers Partnership provides responsive, culturally and linguistically-appropriate services. Other New Mainers Partnership members include: Portland and Lewiston Adult Education, and the Training

Resource Center. The New Mainers Partnership is funded by the U.S. Office of Refugee Resettlement.

See Also: Catholic Charities Refugee & Immigrant Services, Portland Adult Education, Lewiston Adult Education, and Training Resource Center.

**Women In Need, Inc. (WINI)**
Contact: Shalom Odokara, Executive Director
142 High Street
Portland, ME 04101
Phone: (207) 761-9464
Fax: (207) 761-1113
Website: http://www.wimi.us
E-Mail: womini@aol.com

WINI serves as a resource information center to refugees, immigrants, women, state and local agencies in Maine. It helps the broader community by creating opportunities for inter- group cooperation and working to preserve America's diverse cultural heritage. Also offered are programs, training and consultation on a wide range of cross-cultural, mental health and human services issues re: refugees and immigrants. WINI staff provides case consultation services to schools, mental health clinics, businesses and public agencies that deal with clients from diverse cultural backgrounds. WINI conducts research on a variety of cross-cultural and human service issues and maintains a home page to provide information and assistance on refugee mental health issues.

WINI fosters the success of immigrants and refugees in the United States by providing a range of comprehensive professional and cultural services designed to help newcomers, their families, and communities. These programs help refugees recover from past trauma, gain personal independence, economic self-sufficiency, become contributing members of their new communities, and able participants in all aspects of American life.

**Youth Alternatives**
Cross Cultural Family Network updated
One Post Office Square
P.O. Box 596
Portland, ME 041112-0596
Phone: (207) 874-1175

The purpose of the Cross Cultural Family Network is to facilitate networking among members of the community who work with children and families from different cultures, and to offer a forum for support, education, training, resources, and advocacy. Any organization or individual working with families is invited to participate in the network. Goals include:

|  |  |  |
|---|---|---|
|  | - To provide a monthly forum for information and training between community members.<br>- To host trainings for the community.<br>- To promote a support network between members.<br>To advocate for services and policies which promote positive change for children and families. |  |

Maine.gov | DHHS Home | Site Policies | Language Access | Comments/Questions

Copyright © 2007 All rights reserved.