PROB 12A-DC
(Rev. 3/07)

**FILED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. <u>Shalome Odokara</u>                                Docket No.: <u>CR 06-45-01</u>

### REQUEST FOR COURSE OF ACTION
### (Request for Status Hearing)

COMES NOW <u>Danny M. Thomas</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of U.S.A. vs. <u>Shalome Odokara</u>, who was placed on Probation by the Honorable <u>Emmet G. Sullivan</u>, United States District Judge, sitting in the Court at Washington, D.C. on the <u>31th</u> day of <u>March</u>, <u>2008</u>, who fixed the period of Pronation at <u>5</u> years, and imposed the general terms and conditions of Supervises Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)    Serve two years home confinement.

2)    Pay a $100 special assessment.

3)    Pay $108,66.24 restitution at a rate of $10 per month.

4)    Perform 1000 hours community service.

5)    Submit her DNA to the probation office.

On March 31, 2008, Ms. Odokara was sentenced by Your Honor, to five years probation for Conspiracy to Commit Crimes Against the United States, in violation of 18 U.S.C. § 371. Ms. Odokara's supervision commenced on March 31, 2008, and is schedule to expire on March 30, 2013.



ODOKARA, Shalome M.
Docket No.: 06-CR-045-01
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 31, 2008, after sentencing, Ms. Odokara returned to her home in Portland, Maine. On April 10, 2008, the undersigned received a letter from the United States Probation Office for the District of Maine. Officer Laura Tait reported that she met with Ms. Odokara to discuss the conditions of her probation. Based on the meeting, Officer Tait concluded that Ms. Odokara's conditions of probation needed to be modified. Ms. Odokara refused to waive her right to a hearing to modify the conditions of probation. Therefore, we recommend that a Status Hearing be scheduled by Your Honor to address the modifications.

Respectfully submitted,

Danny M. Thomas, Senior
United States Probation Officer
(202) 565-1374


**APPROVED BY**:
Ervin D. Bell, Supervising
United States Probation Officer


Praying the Court will order a status hearing be scheduled with the voluntary appearance of **Shalome Odokara**. Should Your Honor concur, the attached order has been prepared.

Honorable Emmet G. Sullivan
United States District Judge

4/23/08
Date