

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA


U.S.A. vs **Shalome Odokara**

Docket No.: <u>**CR 06-45-01**</u>


**REQUEST FOR COURSE OF ACTION**

Praying the Court will order a status hearing with voluntary appearance of **Shalome Odokara** before the Court, on *May 15, 2008* at *11:00 p.m.*

**ORDER OF COURT**

Considered and ordered this *23rd* day of *April*, 2008.

_____
Honorable Emmet G. Sullivan
United States District Judge

*4/23/08*
Date