IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) Cr. No. 06-045 (EGS)<br>SHALOME ODOKARA )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S UNOPPOSED MOTION TO
APPEAR AT MAY 15, 2008 HEARING BY TELEPHONE**

Defendant, Shalome Odokara, through undersigned counsel, respectfully moves the Court to permit Ms. Odokara to participate in the May 15, 2008 status hearing by telephone. As grounds for this motion, defense counsel respectfully submits:

1.   On March 31, 2008, Ms. Odokara was sentenced to five years probation. Her probation has been transferred to Portland, Maine, where Ms. Odokara lives and works.

2.   On April 21, 2008,. probation filed a memorandum requesting a status hearing. That request was made because of alleged "cooperation" issues between Ms. Odokara and the probation office in Maine. In fact, the sole disagreement among the parties has been the insistence of the Maine probation office that Ms. Odokara pay for the costs of electronic monitoring, even though this Court specifically ordered at sentencing that such costs were waived.

3.   As a result of the request from probation, the Court scheduled a status hearing in this case for May 15, 2008.

4.   Given the limited scope of the May 15 hearing, and the need to conserve scarce judicial resources, the defense respectfully requests that Ms. Odokara be allowed to participate in the May 15 hearing by telephone from her home in Portland, Maine.

5.	The government, through AUSA Tejpal Chawla, does not object to this request.

WHEREFORE, defendant respectfully requests that Ms. Odokara be allowed to participate in the May 15, 2008 hearing by telephone.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 06-045 (EGS) |
| **SHALOME ODOKARA** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to permit defendant to appear by telephone, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Ms. Odokara may participate in the May 15, 2008 status hearing by telephone.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Tejpal Chawla, AUSA