IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Cr. No. 06-045 (EGS) |
| SHALOME ODOKARA | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY
TEMPORARILY CONDITIONS OF PROBATION**

Defendant, Shalome Odoara, through undersigned counsel, respectfully submits this unopposed motion to modify temporarily her conditions of probation. In support of this unopposed motion, counsel submits as follows:

1. On March 31, 2008, Ms. Odokara was sentenced to five years probation, to include two years of electronic monitoring. Ms. Odokara's probation has been transferred to Portland, Maine, where Ms. Odokara lives and works.

2. On Friday, June 6, 2008, Ms. Odokara's son Michael will graduate from high school. As the Court is aware, Ms. Odokara raised Michael on her own and is Michael's only active parent. Many relatives are flying into Portland, Maine for the graduation ceremony and related festivities.

3. Based on the above, the defense is respectfully requesting that Ms. Odokara's current hours of home detention be modified temporarily so that she can attend the graduation and related festivities. On Thursday, June 5, Michael has a photographic exhibition (*see* Exhibit 1 for invite). Although Ms. Odokara is usually allowed out of the home from 8am - 11pm on that day, the probation office has said that she cannot attend Michael's exhibit without Court approval.

The defense respectfully requests that Ms. Odokara be allowed outside the home for her normal hours, which are 8am - 11pm, as reflected in the attached proposed Order.

On Friday, June 6, Michael graduates from high school and Ms Odokara has organized a party for him and all the relatives afterwards (*see* Exhibit 2 for invite). Ms. Odokara's hours are usually 9am - 4 pm on Fridays. In order to attend and clean up the facility afterwards, the defense respectfully requests that Ms. Odokara's hours on June 6 be extended to 9am - midnight, as reflected in the attached proposed Order.

On Saturday, June 7, Ms. Odokara asks that she be afforded several extra hours to drop the relatives off at the airport. Ms. Odokara's mother (Michael's grandmother) is 81 years old and will have traveled from Nigeria. Ms. Odokara accordingly requests that she have from 10am - 6 pm in order to drop off all the relatives, including her mother.

4.  The government, through AUSA Tejpal Chawla, does not oppose the relief requested in this Motion. The probation office in Maine has reported to Ms. Odokara that it takes no position on such matters. In addition, defense counsel believes that the probation office in Maine has the discretion to grants these temporary modification requests without Court involvement. Defense counsel will undertake to discuss that issue with the probation office in Maine at the next available opportunity.

WHEREFORE, defendant respectfully requests that the Court enter the attached order temporarily modifying Ms. Odokara's conditions of probation so that she can attend her son's graduation and related festivities.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 06-045 (EGS) |
| **SHALOME ODOKARA** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed motion to modify temporarily her conditions of probation, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that on Thursday, June 5, 2008, Ms. Odokara is allowed outside the home from 8am - 11pm; on Friday, June 6, 2008, Ms. Odokara is allowed outside the home from 9am - midnight; and on Saturday, June 7, 2008, Ms. Odokara is allowed outside the home from 10am - 6pm.

All other conditions of probation remain the same.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE


_____
DATE