# EXHIBIT 1



## "BEING TRUE"
### *Transition, Hopes, Dreams and Inspirations*
A Photography Exhibition Celebrating Youth to Adulthood

# Photographs & Video by Michael Odokara-Okigbo

*Who am I? Where did I come from? How do I find my voice?*

Nearly half of the world's population is below the age of 25. Here in Maine, this is the story of seven young people breaking into the threshold of adulthood in their words and through the lens.

The project will follow and revisit these young people periodically during the next 10 years as the youth pursue their dreams, overcome challenges, and accomplish many successes. The Photos and interviews will be in exhibit at the Museum of African Culture during the month of June 2008.

Opening Reception at the The Museum of African Culture
Thursday, June 5, 2008, 6-8PM
13 Brown Street, Portland, ME 04101
Phone: (207) 871-7188    africart@museumafricanculture.org

*Suggested donation of $10.00 adults,
$5.00 children and students to benefit
Museum of African culture and Mugadi Foundation.*