# EXHIBIT 2



*No doubt about it,*
*we're gonna shout it . . .*
*Michael Odokara-Okigbo*
*is graduating from Waynflete School!*

You are invited to a Graduation Party
with an International Dinner in his honor

Join us and celebrate on
**Friday, June 6, 2008**
**7:30 -12:00 PM**
following the commencement ceremony
at Bldg 2, Portland Yacht Services
58 Fore Street, Portland, Maine 04101
www.portlandcompany.com

*Please R.S.V.P. by May 25th*
**207-761-4004**