UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> SHALOME ODOKARA, ) <br>         et al. ) <br>         Defendants. ) <br> ) | Criminal No. 06-45 (EGS) <br><br> **FILED** <br><br> JUN - 2 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the defendant's unopposed motion to modify temporarily her conditions of probation, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that on Thursday, June 5, 2008, Ms. Odokara is allowed outside the home from 8am - 11pm; on Friday, June 6, 2008, Ms. Odokara is allowed outside the home from 9am - midnight; and on Saturday, June 7, 2008, Ms. Odokara is allowed outside the home from 10am - 6pm.

All other conditions of probation remain the same.

**SO ORDERED.**


Signed:   Emmet G. Sullivan
          United States District Judge
          June 2, 2008