IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) Cr. No. 06-045 (EGS)<br>SHALOME ODOKARA )<br>)<br>Defendant. )<br>) | |

**DEFENDANT UNOPPOSED MOTION FOR RETURN OF PASSPORT**

Defendant, Shalome Odokara, through undersigned counsel, respectfully submits this unopposed motion for return of her passport. In support of this unopposed motion, counsel submits as follows:

1. On March 31, 2008, Ms. Odokara was sentenced to five years probation, to include two years of electronic monitoring. Ms. Odokara's probation has been transferred to Portland, Maine, where Ms. Odokara lives and works.

2. At the time of Ms. Odokara's arraignment in this matter, she was required to turn over her passport as part of her conditions of release. Ms. Odokara would like to get her passport back for any future travel (with the approval of the Main probation office if during the term of her probation) and to use as the passport a form of identification.

3. Undersigned counsel contacted government counsel in this case, AUSA Tejpal Chawla. The government does not oppose this motion.

WHEREFORE, Ms. Odokara respectfully requests the return of her passport from Pretrial Services.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs. )<br>) Cr. No. 06-045 (EGS)<br>**SHALOME ODOKARA** )<br>)<br>**Defendant.** )<br>) | |

### ORDER

Upon consideration of defendant's motion for return of defendant's passport, it is this _____ day of _____, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Pretrial Services is directed to turn the passports over to counsel for defendant.

_____
The Honorable Emmet G. Sullivan
United States District Judge