UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,

vs.

SHALOME M. ODOKARA
      Defendant.
_____/

Criminal No. 06-45

**FILED**

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER MODIFYING THE SENTENCE DATE**

ORDERED that the sentence was begun on March 31, 2008 and the final imposition date was May 21, 2008.

IT IS FURTHER ORDERED that except as provided above the provisions of the Judgment and Commitment filed June 25, 2008, shall remain in effect.

7/25/08
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE