



"Downs, Lois"
&lt;lois@med.uscourts.gov&gt;
08/05/2008 11:08 AM

To &lt;dcd_cmecf_cr@dcd.uscourts.gov&gt;
cc
bcc
Subject    USA v SHALOME M ODOKARA, 2:08-cr-00136-DBH-1

Please accept this email as confirmation that the District of Maine received and docketed the Probation transfer on July 30, 2008; please see attached public docket sheet.

If you have any further questions, please do not hesitate to call.

Thank you.

Sincerely,

Lois N. Downs
Case Manager
  for U.S. District Judge, D. Brock Hornby
United States District Court, District of Maine
156 Federal Street
Portland, Maine 04101

(207) 780-3356 Extension 2213

DBH08CR136 DKT.pdf

**FILED**

**AUG 0 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLOSED

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-00136-DBH-1

Case title: USA v. ODOKARA                           Date Filed: 07/30/2008
Other court case number: 1:06-cr-00045-EGS-2 US District
                         Court Washington, DC

Assigned to: JUDGE D. BROCK HORNBY

### Defendant (1)
**SHALOME M ODOKARA**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| CONSPIRACY TO EVADE CURRENCY REPORTING REQUIREMENTS, 18:371 | Probation Five (5) Years as to Count One (1). Restitution $108,666.24. Special Assessment $100.00. |

### Plaintiff
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2008 | 1 | TRANSFER OF JURISDICTION for Probation Supervision as to SHALOME |

|  |  | M ODOKARA. Received certified copies of indictment, judgment and docket sheet from District of Columbia (Washington, DC) (Attachments: # 1 Superceding Information, # 2 Judgment, # 3 Docket Sheet). (lnd) (Entered: 07/30/2008) |
|---|---|---|